# CASE NO. 6:10-CV-417

# VIRNETX
# V
# CISCO, ET AL

## February 7, 2011 - STATUS CONFERENCE
### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| ✓ Eric Findlay | Cisco & Apple |
| ✓ Doug McSwane | NEC CORP NEC Corp of America |
| Allen Gardner | Cisco |
| ✓ Jon Hyland | Aastra |
| ✓ Robert Parker | VirnetX |
| ✓ Don Cawley | VirnetX |
| ✓ Luke McLeroy | VirnetX |