IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| VirnetX Inc., <br><br> Plaintiff, <br> v. <br><br> Cisco Systems, Inc., Apple Inc., Aastra USA, Inc., Aastra Technologies Ltd., NEC Corporation, and NEC Corporation of America, <br><br> Defendants. | Civil Action No. 6:10-cv-417-LED <br><br> JURY TRIAL DEMANDED |

**DEFENDANT CISCO SYSTEMS, INC.'S UNOPPOSED
<u>MOTION FOR WITHDDAWAL OF COUNSEL</u>**

Defendant Cisco Systems, Inc. ("Cisco"), moves this Court for an order granting that Andrew G. Hamill of Bridges & Mavrakakis LLP be withdrawn as counsel of record. The reason for this request is that Mr. Hamill no longer represents Cisco in this action. No other changes are requested at this time regarding other attorneys acting as counsel of record for Defendant Cisco. Defendant Cisco further requests the termination of receiving electronic notices of e-filings for:

>Andrew G. Hamill
>Bridges & Mavrakakis LLP
>3000 El Camino Real
>One Palo Alto Square, 2nd Floor
>Tel: (650) 804-7800
>Fax: (650) 852-9224
>Email: ahamill@bridgesmav.com

Dated:  May 17, 2011                           Respectfully submitted,

*/s/ Andrew G. Hamill*
Andrew G. Hamill
Bridges & Mavrakakis LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Tel:  (650) 804-7800
Fax:  (650) 852-9224
ahamill@bridgesmav.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2011, I caused a copy of the foregoing document to be served via electronic mail via the Court's CM/ECF system.

					*/s/ Andrew G. Hamill*
					Andrew G. Hamill

## CERTIFICATE OF CONFERENCE

Counsel for Defendants Cisco Systems, Inc. conferred with Counsel for Plaintiff VirnetX on May 13, 2011, and Counsel for Plaintiff are not opposed to this motion.

					*/s/ Andrew G. Hamill*
					Andrew G. Hamill