# Exhibit A

REDACTED

**From:** Andy Tindel [mailto:atindel@andytindel.com]
**Sent:** Monday, April 18, 2011 6:21 PM
**To:** Kim, Drew
**Cc:** Donald Urrabazo
**Subject:** VirnetX v. Cisco, et al., No. 6:10-cv-00417-LED

Drew: would you have some time Wednesday afternoon of this week to dial into a conference call with me and Donald Urrabazo to discuss the mechanics of getting Science Applications International Corporation ("SAIC") into this case as an involuntary plaintiff on the same terms as SAIC became involved in the Micorosoft case?  We are also going to try and get SAIC's in-house counsel involved in the discussion as well.

I talked to Luke McLeroy last week and he suggested that you would be the best person, at least initially, to broach this subject with.  Please let me know your availability on Wednesday to discuss this topic.  If you have any questions in advance of getting on a call with us, please contact me.   Thanks.

ANDY TINDEL
Provost ✶ Umphrey Law Firm, LLP
112 E. Line Street, Suite 304
Tyler, Texas 75702
Tel:   903.596.0900
Fax:  903.596.0909
Email: atindel@andytindel.com
Website:   www.andytindel.com