# EXHIBIT A

<u>**EXHIBIT A: Agreed Upon Terms**</u>
**P.R. 4-3 Joint Claim Construction and Prehearing Statement**

| Claim Term | Agreed Upon Construction |
|---|---|
| **U.S. Patent No. 6,502,135** ||
| **automatically initiating a VPN** | initiating the VPN without involvement of a user |
| **U.S. Patent No. 7,490,151** ||
| **automatically initiating an encrypted channel** | initiating the encrypted channel without involvement of a user |
| **automatically initiating a secure channel** | initiating the secure channel without involvement of a user |
| **U.S. Patent No. 7,188,180** ||
| **secure computer network address** | a network address that requires authorization for access and is associated with a computer capable of virtual private network communications |

McKool 400627v1