# EXHIBIT B

<u>**EXHIBIT B: Disputed Claim Terms**</u>
**P.R. 4-3 Joint Claim Construction and Prehearing Statement**

| Claim Term | VirnetX's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| **Terms Concerning Multiple Patents** | | |
| **between the client computer and the target computer** | [no construction necessary] | extending from the client computer to the target computer |
| **between the client computer and the secure target computer** | | extending from the client computer to the secure target computer |
| **between the client computer and the secure web computer** | | extending from the client computer to the secure web computer |
| **between the client and a second computer** | | extending from the client to a second computer |
| **between the client and the secure server** | | extending from the client computer to the secure server |
| **between the first location and the second location** | | extending from the first location to the second location |
| **between a first location and a second location** | | extending from a first location to a second location |
| **between the first computer and a second computer** | | extending from the first computer to a second computer |
| **'135 Patent**<br>**'151 Patent**<br>**'504 Patent**<br>**'211 Patent**<br>**'759 Patent** | | |

McKool 400630v2

**EXHIBIT B: Disputed Claim Terms**
**P.R. 4-3 Joint Claim Construction and Prehearing Statement**

| Claim Term | VirnetX's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| **domain name**<br><br>**'135 Patent**<br>**'151 Patent**<br>**'180 Patent**<br>**'504 Patent**<br>**'211 Patent** | a name corresponding to an IP address | a hierarchical sequence of words in decreasing order of specificity that corresponds to a numerical IP address. |
| **Domain Name Service (DNS)**<br><br>**'135 Patent**<br>**'180 Patent**<br>**'504 Patent**<br>**'211 Patent** | a lookup service that returns an IP address for a requested domain name | a lookup service that returns an IP address for a requested domain name to the requester |
| **domain name service system**<br><br>**'504**<br>**'211** | a computer system that includes a domain name service (DNS) | a DNS that is capable of differentiating between, and responding to, both standard and secure top-level domain names |
| **secure communication link**<br><br>**'504**<br>**'211**<br>**'759** | an encrypted communication link | virtual private network communication link |
| **virtual private network**<br><br>**'135 Patent**<br>**'180 Patent** | a network of computers which privately communicate with each other by encrypting traffic on insecure communication paths between the | a network of computers which privately and directly communicate with each other by encrypting traffic on insecure communication paths between the |

McKool 400630v2

**EXHIBIT B: Disputed Claim Terms**
**P.R. 4-3 Joint Claim Construction and Prehearing Statement**

| Claim Term | VirnetX's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| **'759 Patent** | computers | computers where the communication is both secure and anonymous |
| **U.S. Patent No. 6,502,135** | | |
| **DNS proxy server** | a computer or program that responds to a domain name inquiry in place of a DNS | a computer or program that responds to a domain name inquiry in place of a DNS, and prevents destination servers from determining the identity of the entity sending the domain name inquiry |
| **generating from the client computer a Domain Name Service (DNS) request** | [no construction necessary] | creating and transmitting from the client computer a DNS request |
| **secure target web site** | a target computer associated with a domain name and that can communicate in a virtual private network | a secure web site on the target computer |
| **secure web site** | a computer associated with a domain name and that can communicate in a virtual private network | a web site that requires authorization for access and that can communicate in a VPN |
| **target computer** | a computer with which the client computer seeks to communicate | the ultimate destination with which the client computer seeks to communicate |
| **virtual private link** | a communication link that permits computers to privately communicate with each other by encrypting traffic on insecure communication paths between | a communication pathway that permits computers to privately communicate with each other by encrypting traffic on insecure communication paths between |

McKool 400630v2

**EXHIBIT B: Disputed Claim Terms**
**P.R. 4-3 Joint Claim Construction and Prehearing Statement**

| Claim Term | VirnetX's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | the computers | the computers and accomplishes data security and anonymity through the use of hop tables |
| **web site** | a computer associated with a domain name and that can communicate in a network | one or more related web pages at a location on the World Wide Web |
| **U.S. Patent No. 7,490,151** | | |
| **secure server** | a server that requires authorization for access and that can communicate in a secure communication link | a server that requires authorization for access and communicates in a VPN |
| **secure web computer** | a server that requires authorization for access and that can communicate in a secure communication link | [indefinite or "the target computer that hosts the secure web site"] |
| **U.S. Patent No. 7,188,180** | | |
| **secure domain name service** | a lookup service that returns a secure network address for a requested secure domain name | a non-standard lookup service that requires authorization for access, recognizes that a query message is requesting a secure computer address, and performs its services accordingly by returning a secure network address for a requested secure domain name |
| **U.S. Patent No. 7,418,504** | | |

Page 4 of 5

**EXHIBIT B: Disputed Claim Terms**
**P.R. 4-3 Joint Claim Construction and Prehearing Statement**

| Claim Term | VirnetX's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| **an indication that the domain name service system supports establishing a secure communication link** | [no construction necessary] | a visible message or signal that informs the user that the domain name service system supports establishing a secure communication link |
| **U.S. Patent No. 7,921,211** | | |
| **indicate/indicating . . . whether the domain name service system supports establishing a secure communication link** | [no construction necessary] | display/displaying a visible message or signal that informs the user whether the domain name service system supports establishing a secure communication link |
| **U.S. Patent No. 6,839,759** | | |
| **cryptographic information** | information that is used to encode data or information that is used to decode data | information that is required in order to encode/decode or encrypt to ensure secrecy |
| **enabling a secure communication mode of communication** | [no construction necessary] | using an input device to select a secure communication mode of communication |

McKool 400630v2