**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VirnetX Inc. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:10-cv-417 |
| | § | |
| Cisco Systems, Inc., *et al.*, | § | |
| | § | <u>JURY TRIAL DEMANDED</u> |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION
<u>TO SERVE SUPPLEMENTAL INVALIDITY CONTENTIONS</u>**

Before this Court is an Unopposed Motion to Serve Supplemental Invalidity Contentions. Having considered the matter and noted that the relief sought herein is unopposed, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants shall serve their supplemental invalidity contentions within five (5) days of the date of this Order.

**So ORDERED and SIGNED this 15th day of December, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**