# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | Civil Action No. 6:10-CV-417 |
| VS. | § | |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| APPLE INC., | § | JURY TRIAL DEMANDED |
| AASTRA USA, INC., | § | |
| AASTRA TECHNOLOGIES LTD., | § | |
| NEC CORPORATION, AND | § | |
| NEC CORPORATION OF AMERICA, | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER GRANTING VIRNETX INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

The Court, having considered VirnetX Inc.'s Unopposed Motion for Leave to Supplement its Infringement Contentions to make clear the inclusion of additional products released by Defendants, finds that the Motion should be, and is, hereby, GRANTED.

**So ORDERED and SIGNED this 8th day of February, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

McKool 409003v1