IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC. | § | |
| | § | Civil Action No. 6:10-cv-417-LED |
| v. | § | |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| APPLE INC., | § | |
| AASTRA USA, INC, | § | JURY TRIAL DEMANDED |
| AASTRA TECHNOLOGIES LTD., | § | |
| NEC CORPORATION, and | § | |
| NEC CORPORATION OF AMERICA | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## FOR DEFENDANT CISCO SYSTEMS, INC.

Defendant Cisco Systems, Inc. files this Notice of Appearance of Additional Counsel and hereby notifies the Court that John F. Bufe of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as additional counsel for Defendant Cisco Systems, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: April 5, 2012

Respectfully submitted,

*/s/ John F. Bufe*
John F. Bufe
State Bar No. 03316930
johnbufe@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 5, 2012. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ John F. Bufe*
John F. Bufe