# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VirnetX Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:10-cv-00417-LED |
| vs. | § | |
| | § | |
| Cisco Systems, Inc., | § | |
| Apple Inc., | § | |
| Aastra USA, Inc., | § | |
| Aastra Technologies Ltd., | § | |
| NEC Corporation, and | § | |
| NEC Corporation of America, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The Court is of the opinion that the Stipulated Dismissal agreed to by Plaintiff VirnetX Inc. ("VirnetX") and Defendants Aastra USA, Inc. and Aastra Technologies Ltd. (collectively "Aastra") should be GRANTED.

IT IS THEREFORE ORDERED that infringement claims asserted by VirnetX against Aastra with respect to Aastra's IP-encrypted phone servers and IP-encrypted telephones sold in combination with such IP-encrypted phone servers are DISMISSED WITH PREJUDICE and all other claims, defenses, and counterclaims made by Aastra against VirnetX in the above-entitled cause are hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all costs and expenses relating to this litigation (including, but not limited to, attorneys' fees and expert fees and expenses) shall be borne solely by the party incurring the same.

**So ORDERED and SIGNED this 14th day of May, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**