IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC.,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:10-CV-417 |
| **CISCO SYSTEMS, INC. et al.,** | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is VirnetX Inc.'s ("VirnetX") Motion for Leave to Amend its Infringement Contentions (Doc. No. 214). After careful review of the parties' submissions, the Court **GRANTS-IN-PART** and **DENIES-IN-PART** VirnetX's motion. VirnetX's request to include allegations against Apple Inc.'s iMessage and Cisco Systems Inc.'s Unified Border Element products in **GRANTED**. VirnetX's request to include additional claims under the Doctrine of Equivalents is **DENIED**. Nevertheless, this order is without prejudice to any party's right to amend pursuant to Patent Local Rule 3-6, to the extent the party believes in good faith that the Court's Claim Construction Ruling so requires.

**So ORDERED and SIGNED this 16th day of May, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**