IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:10-CV-417 |
| § | |
| CISCO SYSTEMS, INC. et al., § | |
| § | |
| Defendants. § | |

# ORDER

Currently there are number of discovery motions pending before the Court. Accordingly, the Court sets a hearing for **July 12, 2012** at **9:00 a.m.** and will entertain argument regarding: (1) VirnetX, Inc.'s Motion to Compel (Doc. No. 235); Apple, Inc.'s Motion for a Protective Order (Doc. No. 250); VirnetX, Inc.'s Motion for Sanctions (Doc. No. 272); VirnetX, Inc.'s Motion to Compel (Doc. No. 275); Defendants' Motion for Leave (Doc. No. 277); and Defendants' Motion for Reconsideration (Doc. No. 366).

**So ORDERED and SIGNED this 2nd day of July, 2012.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE