IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC. | § | |
| | § | |
| VS. | § | CAUSE NO. 6:10-CV-417 |
| | § | |
| CISCO SYSTEMS, INC. | § | |
| APPLE INC., | § | |
| AASTRA USA, INC | § | |
| AASTRA TECHNOLOGIES LTD. | § | |
| NEC CORPORATION, AND | § | |
| NEC CORPORATION OF AMERICA | § | |

## ORDER GRANTING UNOPPOSED
## MOTION TO AMEND THE DOCKET CONTROL ORDER

Having considered Defendants Unopposed Motion to Amend the Docket Control Order,

the Court hereby **GRANTS** said Motion. It is therefore

**ORDERED** that the following deadline is extended:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. Refer to Local Rules for required information. | July 3, 2012 | July 17, 2012 |

So ORDERED and SIGNED this 2nd day of July, 2012.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**