**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VirnetX Inc. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:10-cv-417 |
| | § | |
| Cisco Systems, Inc., *et al.*, | § | |
| | § | <u>JURY TRIAL DEMANDED</u> |
| Defendants. | § | |

**APPLE'S NOTICE OF ELECTION TO PRODUCE MR. ALLIÉ FOR COMPLETION
OF HIS DEPOSITION PURSUANT TO THE COURT'S ORDER (DKT. NO. 450)**

Pursuant to the Court's Order Regarding Apple's Motion for Protective Order for Halting the Deposition of Mr. Christophe Allié Pursuant to Rule 30(d) and Rule 26, and VirnetX's Motion for Sanctions (Dkt. No. 450), Apple hereby provides notice that it elects to produce Mr. Allié for completion of his deposition at a time and location selected by VirnetX.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: August 13, 2012 | /s/ Danny L. Williams |
| | Danny L. Williams - LEAD ATTORNEY |
| | State Bar No. 21518050 |
| | E-mail: danny@wmalaw.com |
| | Ruben S. Bains |
| | Texas Bar No. 24001678 |
| | E-mail: rbains@wmalaw.com |
| | Drew Kim |
| | Texas Bar No. 24007482 |
| | E-mail: dkim@wmalaw.com |
| | **Williams, Morgan & Amerson, P.C.** |
| | 10333 Richmond, Suite 1100 |
| | Houston, Texas 77042 |
| | Telephone: (713) 934-7000 |
| | Facsimile: (713) 934-7011 |
| | |
| | Eric M. Albritton |
| | Texas State Bar No. 00790215 |
| | ema@emafirm.com |
| | **ALBRITTON LAW FIRM** |
| | P.O. Box 2649 |
| | Longview, Texas 75606 |
| | Telephone: (903) 757-8449 |
| | Facsimile: (903) 758-7397 |
| | |
| | **ATTORNEYS FOR APPLE INC.** |

## CERTIFICATE OF SERVICE

    I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served on August 13, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                                                /s/ Mark Dunglinson
                                                Mark Dunglinson