# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC.,** | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | Civil Action No. 6:10-CV-417 |
| VS. | § | |
| | § | |
| **CISCO SYSTEMS, INC.,** | § | |
| **APPLE INC.,** | § | JURY TRIAL DEMANDED |
| **AASTRA USA, INC.,** | § | |
| **AASTRA TECHNOLOGIES LTD.,** | § | |
| **NEC CORPORATION, AND** | § | |
| **NEC CORPORATION OF AMERICA,** | § | |
| | § | |
| DEFENDANTS. | § | |

## VIRNETX INC.'S TRIAL WITNESS LIST

Pursuant to the Discovery Order (Dkt. No. 110), and the Docket Control Order (Dkt. No. 111), entered in this case, Plaintiff VirnetX Inc. ("VirnetX") files this Trial Witness List for identification and categorization of trial witnesses.

At this time, VirnetX identifies the following witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Jones, Mark T. (VirnetX) | √ | | |
| 2. | Larsen, Kendall S. (VirnetX) | | √ | |
| 3. | Larson, Victor J. (VirnetX) | | √ | |
| 4. | Mathur, Sameer (VirnetX) | | √ | |
| 5. | Munger, Edmund Colby (VirnetX) | √ | | |
| 6. | Nettles, Scott (VirnetX) | √ | | |
| 7. | Short, III, Robert Dunman (VirnetX) | √ | | |
| 8. | Williamson, Mike (VirnetX) | | √ | |
| 9. | Wood, Greg (VirnetX) | | | √ |

|     | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|-----|---------|---------------|--------------|------------------------|
| 10. | Weinstein, Roy (VirnetX) | √ | | |
| 11. | SAIC Representative | | √ | |
| 12. | Defendants' Corporate Representative at trial | | √ | |
| 13. | Allie, Christophe (Apple) | | √ | |
| 14. | Dannenberg, Ross (3rd Party) | | √ | |
| 15. | Fradenburgh, Robin (3rd Party) | | √ | |
| 16. | Hopen, Chris (3rd Party) | | | √ |
| 17. | Jennings, Cullen (Cisco) | | √ | |
| 18. | Kusmer, Toby (3rd Party) | | √ | |
| 19. | Lang, Dan (Cisco) | | √ | |
| 20. | Mersh, Robin (3rd Party) | | | √ |
| 21. | Rashid, Hasan (3rd Party) | | √ | |
| 22. | Schulzrinne, Henning (3rd Party) | | √ | |
| 23. | Shuttleworth, Jeanne (3rd Party) | | √ | |
| 24. | Tobia, Giovanni (Aastra) | | √ | |
| 25. | Volpe, Victor (Cisco) | | √ | |
| 26. | Wolven, Robert (3rd Party) | | √ | |
| 27. | Depositions produced and/or taken in this case | | √ | |

VirnetX expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Defendants' witness lists. VirnetX hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

DATED:  July 12, 2012                    Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ *Douglas A. Cawley*
Douglas A. Cawley, ***Lead Attorney***
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@mckoolsmith.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email:  dpearson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
E-mail: sgreskowiak@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
Email:  msibley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
E-mail: sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Ramzi R. Khazen
Texas State Bar No. 24040855
Email:  rkhazen@mckoolsmith.com
Trent E. Campione
Texas State Bar No. 24049730
Email:  tcampione@mckoolsmith.com

Seth R. Hasenour
Texas State Bar No. 24059910
Email: shasenour@mckoolsmith.com
**McKool Smith, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Andrew T. Gorham
Texas Bar No. 24012715
Email: tgorham@pbatyler.com
**Parker, Bunt & Ainsworth, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who has consented to electronic service on this 12th day July, 2012. Local Rule CV-53(a)(3)(A).

               /s/    Jason Cassady
             Jason D. Cassady

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | Civil Action No. 6:10-CV-417 |
| VS. | § | |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| APPLE INC., | § | JURY TRIAL DEMANDED |
| AASTRA USA, INC., | § | |
| AASTRA TECHNOLOGIES LTD., | § | |
| NEC CORPORATION, AND | § | |
| NEC CORPORATION OF AMERICA, | § | |
| | § | |
| DEFENDANTS. | § | |

### VIRNETX INC.'S REBUTTAL TRIAL WITNESS LIST

Pursuant to the Discovery Order (Dkt. No. 110), and the Order Amending Docket Control Order (Dkt. No. 111), entered in this case, Plaintiff VirnetX Inc. files this Rebuttal Trial Witness List for identification and categorization of rebuttal trial witnesses.

At this time, VirnetX identifies the following rebuttal witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Alexander, Peter | | √ | |
| 2. | Kelly, John P.J. | | √ | |
| 3. | Vellturo, Christopher | | √ | |
| 4. | Becker, Stephen | | √ | |
| 5. | Clark, Paul C. | | √ | |
| 6. | Carmichael, James T. | | √ | |
| 7. | Stubblebine, Stuart | | √ | |
| 8. | Robinson, Mark A. | | √ | |
| 9. | Williams, Tim A. | | √ | |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 10. | Burger, Eric W. | | √ | |
| 11. | Napper, Brian W. | | √ | |
| 12. | SAIC Deponents | | √ | |

VirnetX incorporates its Trial Witness List filed on July 12, 2012 (Docket No. 428) and expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Defendants' witness lists and rebuttal witness lists. VirnetX hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

DATED: July 20, 2012

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ *Douglas A. Cawley*
Douglas A. Cawley, ***Lead Attorney***
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@mckoolsmith.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
E-mail: sgreskowiak@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
Email: msibley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500

Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
E-mail: sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Ramzi R. Khazen
Texas State Bar No. 24040855
Email:  rkhazen@mckoolsmith.com
Trent E. Campione
Texas State Bar No. 24049730
Email:  tcampione@mckoolsmith.com
Seth R. Hasenour
Texas State Bar No. 24059910
Email:  shasenour@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
Texas State Bar No. 15498000
Email:  rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email:  rcbunt@pbatyler.com
Andrew T. Gorham
Texas Bar No. 24012715
Email:  tgorham@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 20th day of July, 2012. Local Rule CV-53(a)(3)(A).

                                                         */s/ Jason Cassady*
                                                        Jason D. Cassady