# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VirnetX Inc. and Science Applications International Corporation, | |
| Plaintiffs, | Civil Action No. 6:10-cv-00417-LED |
| | **JURY TRIAL DEMANDED** |
| v. | |
| Cisco Systems, Inc., Apple Inc., NEC Corporation, and NEC Corporation of America, | |
| Defendants. | |

## CISCO SYSTEMS, INC.'S TRIAL WITNESS LIST

Pursuant to this Court's Discovery Order (D.I. 110) and Docket Control Orders (D.I. 111, 269), Defendant Cisco Systems, Inc. ("Cisco") files this Trial Witness List.[1]

At this time, Cisco identifies the following witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1 | Edmund Munger | | X | |
| 2 | Robert Dunham Short, III Ph.D. | | X | |
| 3 | Victor Larson | | X | |
| 4 | Michael Williamson | | X | |
| 5 | Vincent Sabio | | X | |
| 6 | Kendall Larson | | X | |
| 7 | John Cronin | | X | |
| 8 | Mark Jones, Ph.D. | | X | |
| 9 | Peter Davis | | | X |
| 10 | Param Kumarasamy | | | X |
| 11 | Darryl Sladden | | | X |

---

[1] Cisco reserves the right to supplement this list to account for future depositions and to call witnesses listed by the other parties in the *VirnetX Inc. v. Cisco Systems, Inc.* or *VirnetX Inc. v. Mitel Networks Corp.* cases.

|    | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) PROBABLY WILL NOT CALL |
|----|---------|---------------|--------------|----------------------------|
| 12 | Scott Fanning | | X | |
| 13 | Afaq Khan | | | X |
| 14 | Pandit Panburana | | | X |
| 15 | Rudy Tibuni | | | X |
| 16 | Michael Tasker | | X | |
| 17 | Naren Narendra | | | X |
| 18 | Nermeen Ismail | | | X |
| 19 | David Coker | | | X |
| 20 | Chris Pearce | | X | |
| 21 | Brett Hamilton | | X | |
| 22 | Jaideep Subedar | | | X |
| 23 | John Houston | | | X |
| 24 | Victor Volpe | | X | |
| 25 | Mike Sullenberger | | X | |
| 26 | Michael Jones | | | X |
| 27 | Gary Zhang | | | X |
| 28 | Andrea Maccato | | | X |
| 29 | Shze Chew Lee | | | X |
| 30 | Mark Hendrickson | | | X |
| 31 | Hakim Mehmood | | | X |
| 32 | David McGrew | | | X |
| 33 | Cullen Jennings | | X | |
| 34 | Randhir Wokhlu | | X | |
| 35 | Mary Pratt | | | X |
| 36 | Dan Lang | | X | |
| 37 | Todd Short | | X | |
| 38 | Amy Paquette | | X | |
| 39 | Vincent Parla | | X | |
| 40 | Daune Andrews | | | X |
| 41 | Dan Foley | | | X |
| 42 | Robin Fradenburgh | | | X |
| 43 | Jurgen Gobien | | | X |
| 44 | Robin Mersh | | | X |
| 45 | Howard Ridenour | | X | |
| 46 | Henning Schulzrinne | | X | |
| 47 | Jeanne Shuttleworth | | | X |
| 48 | Giovanni Tobia | | | X |
| 49 | Robert Wolven | | | X |
| 50 | Paul Clark DSc | X | | |

|   | WITNESS | (A)<br>WILL CALL | (B)<br>MAY CALL | (C)<br>PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 51 | Stephen Becker Ph. D | X | | |
| 52 | James Carmichael | X | | |
| 53 | Peter Alexander Ph. D. | X | | |
| 54 | Roy Weinstein Ph. D. | | X | |
| 55 | Scott Nettles Ph. D | | X | |
| 56 | Johny Glancy | | | X |
| 57 | John Kelly Ph. D | | | X |
| 58 | Greg Wood | | | X |
| 59 | Michael Lachuk | | | X |
| 60 | Christopher Velturo | | | X |
| 61 | Sandy Ginoza | | | X |
| 62 | Alexa Morris | | | X |
| 63 | Aastra Technologies Ltd. | | | X |
| 64 | Aastra USA | | | X |
| 65 | NEC Corporation | | | X |
| 66 | NEC Corporation of America | | | X |
| 67 | Science Applications International Corporation | | | X |
| 68 | VirnetX Inc. | | | X |
| 69 | Apple Inc. | | | X |

Dated: July 12, 2012

Respectfully submitted,

By:  */s/ Karim Z. Oussayef*
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
Karim Z. Oussayef (*pro hac vice*)
koussayef@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile:  (212) 351-3401

Eric H. Findlay
efindlay@findlaycraft.com
Texas Bar No. 00789886
Brian Craft

3

bcraft@findlaycraft.com
Texas Bar No. 04972020
**FINDLAY CRAFT, LLP**
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:  (903) 534-1137

*Attorneys for Defendant Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 12, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Karim Z. Oussayef*
Karim Z. Oussayef

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VirnetX Inc. and Science Applications International Corporation, <br><br>       Plaintiffs, <br><br> v. <br><br> Cisco Systems, Inc., Apple Inc., NEC Corporation, and NEC Corporation of America, <br><br>       Defendants. | Civil Action No. 6:10-cv-00417-LED <br><br> **JURY TRIAL DEMANDED** |

## <u>CISCO SYSTEMS, INC.'S REBUTTAL TRIAL WITNESS LIST</u>

Pursuant to this Court's Discovery Order (D.I. 110) and Docket Control Orders (D.I. 111, 269), Defendant Cisco Systems, Inc. ("Cisco") files this Rebuttal Trial Witness List. [1]

At this time, Cisco identifies the following additional witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 70 | Sameer Mathur | | | X |
| 71 | Chris Hopen | | | X |
| 72 | Toby Kusmer | | | X |
| 73 | Hasan Rashid | | | X |
| 74 | Christophe Allie | | | X |
| 75 | Ross Dannenberg | | | X |

Cisco reserves the right to supplement this list based on circumstances as they may evolve prior to the commencement of trial.

---

[1] Cisco reserves the right to supplement this list to account for future depositions and to call witnesses listed by the other parties in the *VirnetX Inc. v. Cisco Systems, Inc.* or *VirnetX Inc. v. Mitel Networks Corp.* cases.

Dated: July 20, 2012

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
efindlay@findlaycraft.com
Texas Bar No. 00789886
Brian Craft
bcraft@findlaycraft.com
Texas Bar No. 04972020
**FINDLAY CRAFT, LLP**
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137

*Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile:  (212) 351-3401

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of July 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VirnetX Inc., *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| Cisco Systems, Inc., *et al.*, | § |
| | § |
| Defendants. | § |

Case No. 6:10-cv-417

<u>JURY TRIAL DEMANDED</u>

<u>**DEFENDANT APPLE INC.'S AMENDED TRIAL WITNESS LIST**</u>

Pursuant to the Court's Docket Control Order entered in this case, Defendant Apple Inc.

("Apple"), hereby respectfully submits its Trial Witness List for identification and categorization

of trial witnesses.

At this time, Apple identifies the following witnesses for trial:

| | WITNESS[1] | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | John P. Kelly, Ph.D. | X | | |
| 2. | Peter Alexander, Ph.D. | X | | |
| 3. | Christopher Vellturo, Ph.D. | X | | |
| 4. | James T. Carmichael | X | | |
| 5. | Andrew Vyrros | | X | |
| 6. | Justin Wood | | X | |
| 7. | Howard Ridenour | | X | |
| 8. | Mark Buckley | | | X |
| 9. | Joe Abuan | | X | |
| 10. | Berkat "Jeff" Tung | | | X |
| 11. | Jeremy Butcher | | | X |
| 12. | Peter Westen | | | X |
| 13. | Ronak Shah | | | X |
| 14. | Chris Becherer | | | X |
| 15. | Darryl Bleau | | | X |
| 16. | Justin Santamaria | | | X |
| 17. | Gokul Thirumalai | | | X |
| 18. | Patrick Gates | X | | |

---

[1] To the extent a witness is not available to offer live testimony, Apple intends to present deposition testimony for each such respective witness.  Apple reserves the right to call any witnesses listed on the Witness Lists of VirnetX, Cisco, NEC, Avaya or Siemens.

| | WITNESS[1] | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 19. | Bart Whitebook | | | X |
| 20. | VirnetX, Inc. | | X | |
| 21. | Kendall Larsen | X | | |
| 22. | Sameer Mathur | X | | |
| 23. | Robert Dunham Short III | X | | |
| 24. | Victor Larson | | X | |
| 25. | Greg Wood | | X | |
| 26. | Edmund Munger | X | | |
| 27. | Michael Williamson | | X | |
| 28. | Vincent Sabio | | | X |
| 29. | Virgil Gligor | | | X |
| 30. | Douglass Schmidt | | | X |
| 31. | Science Applications International Corporation | | X | |
| 32. | Duane Andrews | | X | |
| 33. | Jurgen Gobien | | X | |
| 34. | Don Foley | | X | |
| 35. | John Glancy | | X | |
| 36. | Edward Hendrick | | X | |
| 37. | Michael Lachuk | | X | |
| 38. | Banner & Witcoff, Ltd. | | X | |
| 39. | Bradley Wright | | X | |
| 40. | Ross Dannenberg | | X | |
| 41. | McDermott Will & Emery LLP | X | | |
| 42. | Toby Kusmer | | | |
| 43. | Hasan M. Rashid | | X | |
| 44. | Atabak Royaee | | | X |
| 45. | ipCapital (John Cronin) | | X | |
| 46. | Chris Hopen | X | | |
| 47. | Gary Tomlinson | | X | |
| 48. | Michael Fratto | | X | |
| 49. | James Chester | | X | |
| 50. | Dr. Henning Schulzrinne | X | | |
| 51. | Darrell Kindred | | | X |
| 52. | Andrew Sherman | | | X |
| 53. | Bill Becker | | X | |
| 54. | IETF (Sandy Ginoza) | | X | |
| 55. | IETF (Alexa Morris) | | X | |
| 56. | Matthew Leno | | | X |
| 57. | Broadband Forum (Robin Mersh) | | | X |
| 58. | Aastra USA, Inc.; Aastra Technologies Ltd. (Giovanni Tobia) | | X | |

1

Date: <u>July 20, 2012</u>

Respectfully submitted,

/s/ Danny L. Williams
Danny L. Williams - LEAD ATTORNEY
State Bar No. 21518050
E-mail:  danny@wmalaw.com
Ruben S. Bains
Texas Bar No. 24001678
E-mail:  rbains@wmalaw.com
Chris N. Cravey
State Bar No. 24034398
E-Mail: ccravey@wmalaw.com
Drew Kim
Texas Bar No. 24007482
E-mail:  dkim@wmalaw.com
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713) 934-7000
Facsimile: (713) 934-7011

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
Matthew C. Harris
Texas State Bar No. 24059904
mch@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**ATTORNEYS FOR APPLE INC.**

CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served on July 20, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Mark Dunglinson
Litigation Paralegal

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VirnetX Inc., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | Case No. 6:10-cv-417 |
| | § | |
| v. | § | |
| | § | |
| Cisco Systems, Inc., *et al.*, | § | |
| | § | <u>JURY TRIAL DEMANDED</u> |
| Defendants. | § | |

<u>**DEFENDANT APPLE INC'S REBUTTAL TRIAL WITNESS LIST**</u>

Pursuant to the Court's Docket Control Order entered in this case, Defendant Apple Inc. ("Apple"), hereby respectfully files this Rebuttal Trial Witness List for identification and categorization of trial witnesses.

At this time, Apple incorporates its Amended Trial Witness list (Dkt. No. 436) and reserves the right to call live, by video, or by deposition any witness on this list or any witness on the witness lists or rebuttal witness lists of VirnetX or any other defendant.

Date: <u>July 20, 2012</u>                                Respectfully submitted,

<u>/s/ Danny L. Williams</u>
Danny L. Williams - LEAD ATTORNEY
State Bar No. 21518050
E-mail:  danny@wmalaw.com
Ruben S. Bains
Texas Bar No. 24001678
E-mail:  rbains@wmalaw.com
Chris N. Cravey
State Bar No. 24034398
E-Mail: ccravey@wmalaw.com
Drew Kim
Texas Bar No. 24007482
E-mail:  dkim@wmalaw.com
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713) 934-7000
Facsimile: (713) 934-7011

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
Matthew C. Harris
Texas State Bar No. 24059904
mch@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**ATTORNEYS FOR APPLE INC.**

CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served on July 20, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Mark Dunglinson
Litigation Paralegal