# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., § | |
| § | |
| PLAINTIFF, § | |
| § | Civil Action No. 6:10-CV-417 |
| VS. § | |
| § | |
| CISCO SYSTEMS, INC., § | |
| APPLE INC., § | JURY TRIAL DEMANDED |
| AASTRA USA, INC., § | |
| AASTRA TECHNOLOGIES LTD., § | |
| NEC CORPORATION, AND § | |
| NEC CORPORATION OF AMERICA, § | |
| § | |
| DEFENDANTS. § | |

## VIRNETX'S NOTICE OF FILING OF AMENDED EXHIBIT R PURSUANT TO THE JOINT PRETRIAL ORDER [DKT. NO. 482]

VirnetX Inc. hereby notifies the Court that it is filing herewith its Objections and Rebuttal Deposition Designations as Exhibit R to the Joint Pretrial Order filed at Docket No. 482 and Order dated September 4, 2012, Dkt. No. 488.

DATED: September 26, 2012

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ *Douglas A. Cawley*
Douglas A. Cawley, ***Lead Attorney***
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@mckoolsmith.com
Rosemary T. Snider
Texas State Bar No. 18796500
Email:  rsnider@mckoolsmith.com
Jason D. Cassady
Texas State Bar No. 24045625

E-mail: jcassady@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
Seth R. Hasenour
Texas State Bar No. 24059910
Email: shasenour@mckoolsmith.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
E-mail: sgreskowiak@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
Email: msibley@mckoolsmith.com
Ryan Hargrave
Texas State Bar No. 24071516
Email: rhargrave@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
E-mail: sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Ramzi R. Khazen
Texas State Bar No. 24040855
Email: rkhazen@mckoolsmith.com
Trent E. Campione
Texas State Bar No. 24049730
Email: tcampione@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Andrew T. Gorham
Texas Bar No. 24012715
Email: tgorham@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 26th day of September, 2012. Local Rule CV-53(a)(3)(A).

    /s/ *Ryan Hargrave*
Ryan Hargrave