# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | ) | |
| | ) | |
|     *Plaintiff*, | ) | Civil Action No. 6:10-cv-00417-LED |
| | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., *et al.* | ) | |
| | ) | |
|     *Defendants.* | ) | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff VirnetX Inc. ("VirnetX") and Defendant Cisco Systems, Inc. ("Cisco") file this Joint Motion to Amend Docket Control Order. On September 24, 2012, the Court ordered separate trials and rescheduled the pretrial conference as to Cisco to February 21, 2013, with trial to commence on March 11, 2013. In light of those rulings, VirnetX and Cisco respectfully request a modification of certain deadlines in the Court's Docket Control Orders (Dkt. Nos. 111, 269). The current deadlines and the proposed modified dates for the trial as to Cisco are as follows:

| DEADLINE | CURRENT DATE | PROPOSED DATE FOR CISCO TRIAL |
|---|---|---|
| Pretrial Objections due. | September 28, 2012 | February 1, 2013 |
| Motions in Limine due. The parties are directed to meet and confer and attempt to resolve all limine issues before filing any motions in limine. | September 28, 2012 | February 1, 2013 |
| Responses to Motions in Limine due. | October 5, 2012 | February 8, 2013 |

| | | |
|---|---|---|
| Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments. | October 10, 2012 | February 13, 2013 |

WHEREFORE, ABOVE PREMISES CONSIDERED, VirnetX and Cisco respectfully request that this Motion be in all things GRANTED.

Dated: September 28, 2012

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
Texas State Bar No. 10929400
Email: mikejones@potterminton.com
Allen F. Gardner
Texas State Bar No. 24043679
Email: allendgardner@potterminton.com
John F. Bufe
Texas State Bar No. 03316930
Email: johnbufe@potterminton.com
**POTTER MINTON P.C.**
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

OF COUNSEL:

John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

**ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.**

/s/ *Douglas A. Cawley, with permission by Michael E. Jones*
Douglas A. Cawley, **Lead Attorney**
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@mckoolsmith.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
E-mail: sgreskowiak@mckoolsmith.com

Mitchell R. Sibley
Texas State Bar No. 24073097
Email: msibley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on September 28, 2012, with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Michael E. Jones*
Michael E. Jones

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendant participated in a meet and confer via telephone and follow up e-mail on September 25, 2012, and discussed the relief requested in this motion.

                                              */s/ Michael E. Jones*
                                              Michael E. Jones