**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VIRNETX INC., ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 6:10-cv-00417-LED |
| ) | |
| v. ) | |
| ) | |
| CISCO SYSTEMS, INC., *et al.* ) | |
| ) | |
| *Defendants.* ) | |

### ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Before the Court is the Joint Motion to Amend Docket Control Order brought by Plaintiff VirnetX Inc. ("VirnetX") and Defendant Cisco Systems, Inc. ("Cisco"). After consideration of said motion, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the following deadlines from the Court's Docket Control Orders (Dkt. Nos. 111, 269) shall be modified accordingly:

| DEADLINE | CURRENT DATE | NEW DATE FOR CISCO TRIAL |
|---|---|---|
| Pretrial Objections due. | September 28, 2012 | February 1, 2013 |
| Motions in Limine due. The parties are directed to meet and confer and attempt to resolve all limine issues before filing any motions in limine. | September 28, 2012 | February 1, 2013 |
| Responses to Motions in Limine due. | October 5, 2012 | February 8, 2013 |
| Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments. | October 10, 2012 | February 13, 2013 |

**So ORDERED and SIGNED this 1st day of October, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**