IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC.,** | § | |
| Plaintiff, | § § § | |
| vs. | § § | CASE NO. 6:10-CV-417 |
| **CISCO SYSTEMS, INC. et al.,** | § § § | |
| Defendants. | § § § | |

# ORDER

Before the Court is Defendants' Motion for Separate Trials (Docket No. 479).  As stated at the September 24, 2012 hearing, Defendants' Motion is **GRANTED**.  For the pending case against Apple, Inc., jury selection is set for October 29, 2012 at 9:00 a.m., with trial set to start on October 31, 2012 at 9:00 a.m.  The pending case against Cisco Systems, Inc. is set for jury selection on March 4, 2013 at 9:00 a.m. with trial set to start on March 11, 2013 at 9:00 a.m.  As stated at the hearing, the remaining defendants should be prepared to go to trial the week of jury selection, the week of trial, and the week after trial.

**So ORDERED and SIGNED this 4th day of October, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**