IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 6:10-CV-417 |
| CISCO SYSTEMS, INC. et al., | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Exceed Limits on Exhibit and Deposition Designations for Trial (Docket No. 502). Defendants requested permission to exceed the number of exhibit and deposition designations when Cisco Systems, Inc. and Apple Inc. anticipated being co-defendants in one trial. As stated at the September 24, 2012 hearing, Cisco Systems, Inc. and Apple, Inc. will be tried separately. Accordingly, the Court **DENIES** Defendants' Motion to Exceed Limits on Exhibit and Deposition Designations for Trial.

So ORDERED and SIGNED this 4th day of October, 2012.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**