IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., <br>     *Plaintiff*, <br> v. <br> CISCO SYSTEMS, INC. et al., <br>     *Defendants*. | Civil Action No. 6:10-cv-00417-LED <br> **JURY TRIAL DEMANDED** |

## NOTICE OF SUBSEQUENT REEXAMINATION PROCEEDINGS IN SUPPORT OF DEFENDANTS' MOTION FOR A STAY PENDING ONGOING REEXAMINATION PROCEEDINGS (D.I. 477)

Defendants Cisco Systems, Inc. ("Cisco") and Apple, Inc. ("Apple") hereby respectfully notify the Court that on September 19, 2012, the United States Patent and Trademark Office ("USPTO") issued an office action in the reexamination proceeding concerning U.S. Patent No. 7,188,180 ("the '180 patent") rejecting *all* asserted claims. (Ex. A at 1-2.) Additionally, on October 1, 2012, the USPTO issued an "Action Closing Prosecution" for a second reexamination proceeding concerning U.S. Patent No. 7,921,211 ("the '211 patent") and for a second reexamination proceeding concerning U.S. Patent No.7,418,504 ("the '504 patent"). In so doing, the USPTO maintained rejections for *all* claims of the '211 and '504 patents. (Ex. B at 1-2; Ex. C at 1-2.) As a result of the USPTO's action, *all* of the patents-in-suit and *all* of the claims asserted against Apple, and all but four of the claims asserted against Cisco, stand rejected. The reexamination proceedings for two of the four patents asserted against Apple, and three of the six patents asserted against Cisco, have advanced to the stage of the USPTO issuing an Action Closing Prosecution. (Ex. D – Updated Version of Ex. 6 to Dkt. No. 535.)

Dated: October 5, 2012

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
efindlay@findlaycraft.com
Texas Bar No. 00789886
Brian Craft
bcraft@findlaycraft.com
Texas Bar No. 04972020
**FINDLAY CRAFT, LLP**
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:   (903) 534-1137

*Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400

Facsimile:  (212) 351-3401


Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
Matthew C. Harris
Texas State Bar No. 24059904
mch@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

2

Danny L. Williams - LEAD ATTORNEY
State Bar No. 21518050
E-mail:  danny@wmalaw.com
Ruben S. Bains
Texas Bar No. 24001678
E-mail:  rbains@wmalaw.com
Drew Kim
Texas Bar No. 24007482
E-mail:  dkim@wmalaw.com
Scott Woloson
E-mail: swoloson@wmalaw.com
Texas Bar No. 24066305
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713) 934-7000
Facsimile: (713) 934-7011

ATTORNEYS FOR APPLE INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 5th day of October, 2012.

*/s/ Eric H. Findlay*
Eric H. Findlay
