IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., § | |
| § | |
| PLAINTIFF, § | |
| § | Civil Action No. 6:10-CV-417 |
| VS. § | |
| § | |
| CISCO SYSTEMS, INC., § | |
| APPLE INC., § | JURY TRIAL DEMANDED |
| AASTRA USA, INC., § | |
| AASTRAT TECHNOLOGIES, LTD., § | |
| NEC CORPORATION, AND § | |
| NEC CORPORATION OF AMERICA, § | |
| § | |
| DEFENDANTS. § | |

## VIRNETX, INC.'S ESTIMATES OF TIME FOR JURY SELECTION AND TRIAL

VirnetX Inc. estimates the probable length of trial with Apple Inc. will be 5 days. VirnetX requests 12 hours per side for direct, cross, and rebuttal examinations. VirnetX further requests 30 minutes per side for voir dire, and 45 minutes per side for an opening statement, and 45 minutes per side for closing arguments.

| | |
|---|---|
| Dated: October 10, 2012. | Respectfully submitted,<br><br>**McKool Smith P.C.**<br><br> /s/ Douglas A.  Cawley<br>Douglas A. Cawley, *Lead Attorney*<br>Texas State Bar No. 04035500<br>E-mail: dcawley@mckoolsmith.com<br>Bradley W. Caldwell<br>Texas State Bar No. 24040630<br>E-mail: bcaldwell@mckoolsmith.com<br>Rosemary T. Snider<br>Texas State Bar No. 18796500<br>Email:  rsnider@mckoolsmith.com<br>Jason D. Cassady<br>Texas State Bar No. 24045625<br>E-mail: jcassady@mckoolsmith.com<br>John Austin Curry<br>Texas State Bar No. 24059636<br>E-mail: acurry@mckoolsmith.com<br>Seth R. Hasenour<br>Texas State Bar No. 24059910<br>Email:  shasenour@mckoolsmith.com<br>Daniel R. Pearson<br>Texas State Bar No. 24070398<br>Email:  dpearson@mckoolsmith.com<br>Stacie L. Greskowiak<br>Texas State Bar No. 24074311<br>E-mail: sgreskowiak@mckoolsmith.com<br>Mitchell R. Sibley<br>Texas State Bar No. 24073097<br>Email:  msibley@mckoolsmith.com<br>Ryan Hargrave<br>Texas State Bar No. 24071516<br>Email: rhargrave@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Sam F. Baxter<br>Texas State Bar No. 01938000<br>E-mail: sbaxter@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston, Suite 300 |

        Marshall, Texas 75670
        Telephone: (903) 923-9000
        Telecopier: (903) 923-9099

        Ramzi R. Khazen
        Texas State Bar No. 24040855
        Email: rkhazen@mckoolsmith.com
        Trent E. Campione
        Texas State Bar No. 24049730
        Email: tcampione@mckoolsmith.com
        **MCKOOL SMITH, P.C.**
        300 W. 6th Street, Suite 1700
        Austin, Texas 78701
        Telephone: (512) 692-8700
        Telecopier: (512) 692-8744

        Robert M. Parker
        Texas State Bar No. 15498000
        Email: rmparker@pbatyler.com
        R. Christopher Bunt
        Texas State Bar No. 00787165
        Email: rcbunt@pbatyler.com
        Andrew T. Gorham
        Texas Bar No. 24012715
        Email: tgorham@pbatyler.com
        **PARKER, BUNT & AINSWORTH, P.C.**
        100 East Ferguson, Suite 1114
        Tyler, Texas 75702
        Telephone: (903) 531-3535
        Telecopier: (903) 533-9687

        **ATTORNEYS FOR PLAINTIFF**
        **VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who has consented to electronic service on this 10th day of October, 2012. Local Rule CV-53(a)(3)(A).

        */s/ Jason D. Cassady*
        Jason D. Cassady