**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VirnetX Inc., <br><br>              Plaintiff, <br><br>v. <br><br>Cisco Systems, Inc., *et al.*, <br><br>              Defendants. | Civil Action No. 6:10-cv-00417-LED <br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT APPLE INC.'S ESTIMATES OF TIME
FOR JURY SELECTION AND TRIAL**

Apple Inc. estimates the probable length of trial with VirnetX Inc. will be 5 days. Apple requests 14 hours per side for direct, cross, and rebuttal examinations. Apple further requests 30 minutes per side for voir dire, and 30 minutes per side for an opening statement, and 45 minutes per side for closing arguments.

Dated: October 10, 2012

Respectfully submitted,

/s/ Danny L. Williams
Danny L. Williams - LEAD ATTORNEY
State Bar No. 21518050
E-mail: danny@wmalaw.com
Ruben S. Bains
Texas Bar No. 24001678
E-mail: rbains@wmalaw.com
Drew Kim
Texas Bar No. 24007482
E-mail: dkim@wmalaw.com
Scott Woloson
E-mail: swoloson@wmalaw.com
Texas Bar No. 24066305
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000

2

        Facsimile: (713) 934-7011

        Eric M. Albritton
        Texas State Bar No. 00790215
        ema@emafirm.com
        Stephen E. Edwards
        Texas State Bar No. 00784008
        see@emafirm.com
        Debra Coleman
        Texas State Bar No. 24059595
        drc@emafirm.com
        Matthew C. Harris
        Texas State Bar No. 24059904
        mch@emafirm.com
        ALBRITTON LAW FIRM
        P.O. Box 2649
        Longview, Texas 75606
        Telephone: (903) 757-8449
        Facsimile: (903) 758-7397

        ATTORNEYS FOR APPLE INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served on October 10, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ Mark Dunglinson
        Mark Dunglinson