IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:10-cv-417 |
| | § | |
| **CISCO SYSTEMS, INC., et al.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |
| | § | |

### JOINT MOTION TO EXCEED LIMITS ON
### EXHIBIT AND DEPOSITION DESIGNATIONS FOR TRIAL

Plaintiff VirnetX, Inc. ("VirnetX"), and Defendant Apple Inc. ("Apple") (collectively, "the Parties") respectfully move for leave for the parties to exceed the limitations on exhibit and deposition designations set forth in this Court's Standing Order Regarding Letter Briefs ("Standing Order"). The Standing Order presumptively limits each side in a patent case to 250 exhibits and 10 hours of deposition testimony absent a showing of good cause.

The Court previously denied Defendants' Motion to Exceed Limits on Exhibit and Deposition Designations for Trial (Dkt. No. 502) in light of the fact that Cisco Systems, Inc. and Apple Inc. will be tried separately. *See* Dkt. No. 543.  In the prior motion, Defendants had requested leave for each side to designate 750 exhibits and 20 hours of deposition testimony. Since that time, however, the Parties have worked together to streamline the issues before the Court and now respectfully request leave for each side to designate 500 exhibits and 15 hours of deposition testimony.  This Motion is intended to reduce the number of issues which must be brought before the Court during trial, and the parties will continue to endeavor to reduce any objections to trial exhibits and deposition designations.  Good cause exists to modify those limits

here based on the number of asserted patents, the number accused products, the number of prior art references, and the overall complexity of this case.

| | |
|---|---|
| Dated: October 16, 2012. | Respectfully submitted,<br><br>**McKOOL SMITH, P.C.**<br><br>/s/ *Douglas A. Cawley*<br>Douglas A. Cawley, ***Lead Attorney***<br>Texas State Bar No. 04035500<br>E-mail: dcawley@mckoolsmith.com<br>Bradley W. Caldwell<br>Texas State Bar No. 24040630<br>E-mail: bcaldwell@mckoolsmith.com<br>Rosemary T. Snider<br>Texas State Bar No. 18796500<br>Email:  rsnider@mckoolsmith.com<br>Jason D. Cassady<br>Texas State Bar No. 24045625<br>E-mail: jcassady@mckoolsmith.com<br>John Austin Curry<br>Texas State Bar No. 24059636<br>E-mail: acurry@mckoolsmith.com<br>Seth R. Hasenour<br>Texas State Bar No. 24059910<br>Email:  shasenour@mckoolsmith.com<br>Daniel R. Pearson<br>Texas State Bar No. 24070398<br>Email:  dpearson@mckoolsmith.com<br>Stacie L. Greskowiak<br>Texas State Bar No. 24074311<br>E-mail: sgreskowiak@mckoolsmith.com<br>Mitchell R. Sibley<br>Texas State Bar No. 24073097<br>Email:  msibley@mckoolsmith.com<br>Ryan Hargrave<br>Texas State Bar No. 24071516<br>Email: rhargrave@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044 |

McKool 832825v1

Sam F. Baxter
Texas State Bar No. 01938000
E-mail: sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Craig N. Tolliver
Texas State Bar No. 24028049
E-mail: ctolliver@mckoolsmith.com
Ramzi R. Khazen
Texas State Bar No. 24040855
Email: rkhazen@mckoolsmith.com
Trent E. Campione
Texas State Bar No. 24049730
Email: tcampione@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Andrew T. Gorham
Texas Bar No. 24012715
Email: tgorham@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

*/s/ Danny L. Williams*
Danny L. Williams, *Lead Attorney*
Texas State Bar No. 21518050

Email:  danny@wmalaw.com
Ruben S. Bains
Texas Bar No. 24001678
Email: rbains@wmalaw.com
Kyung "Drew" Kim
Texas State Bar No. 24007482
Email:  dkim@wmalaw.com
Terry D. Morgan
Texas State Bar No. 14452430
Email:  tmorgan@wmalaw.com
Matthew R. Rodgers
Texas State Bar no. 24041802
Email: mrodgers@wmalaw.com
Chris N. Cravey
Texas State Bar No. 24034398
Email:  ccravey@wmalaw.com
Leisa Talbert Peschel
Texas State Bar No. 24060414
Email: lpeschel@wmalaw.com
Scott E. Woloson
Texas State Bar No. 24066305
Email: swoloson@wmalaw.com
**WILLIAMS, MORGAN & AMERSON, P.C.**
10333 Richmond, Suite 1100
Houston, Texas  77042
Telephone:  (713) 934-7000
Facsimile:  (713) 934-7011

Brian Craft
Texas Bar No. 04972020
Email:  bcraft@findlaycraft.com
Eric H. Findlay
Texas Bar No. 00789886
Email:  efindlay@findlaycraft.com
**FINDLAY CRAFT, LLP**
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Eric M. Albritton
Texas State Bar No. 00790215
Email:  ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
Email:  see@emafirm.com

**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Marcia Sundeen (*pro hac vice*)
Email:  msundeen@kenyon.com
**KENYON & KENYON LLP**
1500 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 220-4200
Facsimile:  (202) 220-4201

Megan Whyman Olesek (*pro hac vice*)
Email:  molesek@kenyon.com
**KENYON & KENYON LLP**
1801 Page Mill Road, Suite 210
Palo Alto, CA  94304-1216
Telephone:  (650) 384-4701
Facsimile:  (650) 384-4701

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF CONFERENCE

The undersigned certified that counsel for the parties met and conferred regarding the relief sought in this joint motion and agree on the relief sought.

 */s/  Ryan Hargrave*
Ryan Hargrave

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 16th day of October, 2012.  Local Rule CV-53(a)(3)(A).

 */s/  Ryan Hargrave*
Ryan Hargrave