IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | § | |
|---|---|---|
| **VIRNETX INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:10-CV-417 |
| | § | |
| **CISCO SYSTEMS, INC. et al.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER**

Before the Court are the following motions:

- Apple's Motion for Summary Judgment of Non-Infringement of the '135 and '151 Patents (Docket No. 442);

- Defendants' Motion to Exclude the Expert Opinions of Mr. Roy Weinstein (Docket No. 445);

- Defendants Cisco and Apple's Motion to Stay Pending Ongoing Reexamination Proceedings (Docket No. 477); and

- Joint Motion to Exceed Limits on Exhibit and Deposition Designations for Trial (Docket No. 550).

Having considered the parties written submissions and oral arguments, the Court **DENIES** Apple's Motion for Summary Judgment of Non-Infringement of the '135 and '151 Patents and **DENIES** Defendants' Motion to Exclude the Expert Opinions of Mr. Roy Weinstein with opinions to follow. Additionally, as stated at the hearing, the Court **DENIES** Defendants Cisco

and Apple's Motion to Stay Pending Ongoing Reexamination, and the Court **GRANTS** the Joint Motion to Exceed Limits on Exhibit and Deposition Designations for Trial.

Additionally, the parties are given the following trial times:

| | |
|---|---|
| Jury Selection | 30 minutes per side |
| Opening Statement | 30 minutes per side |
| Direct/Cross | 12 hours per side |
| Closing Argument | 45 minutes per side |

These times are inclusive of **all issues**, jury and non-jury. It is the parties' responsibility to budget their time accordingly.

**So ORDERED and SIGNED this 23rd day of October, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**