# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX, INC., | § | |
| Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 6:10-cv-417 |
| CISCO SYSTEMS, INC., et al. | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § | |

## ORDER

The Court, having considered Apple Inc.'s Emergency Motion to Dismiss Its Invalidity Counterclaims (Docket No. 559), hereby **DENIES** said Motion. It is therefore **ORDERED** that such motion is DENIED in its entirety.

**So ORDERED and SIGNED this 29th day of October, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**