**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:10-cv-417 |
| | § | |
| **CISCO SYSTEMS, INC., et al.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |
| | § | |

**ORDER REGARDING JOINT MOTION REQUESTING HEARINGS TO RESOLVE DISPUTED MOTIONS *IN LIMINE* AND APPLE'S EMERGENCY MOTION TO DISMISS ITS INVALIDITY COUNTERCLAIM**

On this day came on to be considered Plaintiff VirnetX Inc.'s and Defendant Apple, Inc.'s Joint Motion Requesting Hearings to Resolve Disputed Motions *In Limine* and Apple's Emergency Motion to Dismiss its Invalidity Counterclaim Without Prejudice (Dkt. No. 559). Having considering the parties' Joint Motion, the Court hereby GRANTS the Motion.

It is therefore ORDERED that the Parties' Motion is GRANTED, and that a hearing will be held at 9:00 A.M. on October 29, 2012 in order to resolve any pending motions *in limine* that may affect *voir dire*, and a hearing will be held following *voir dire* on October 29, 2012 in order to resolve all remaining disputed motions *in limine* and Apple's Emergency Motion to Dismiss.

**So ORDERED and SIGNED this 29th day of October, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**