IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| Plaintiff, | § § § | |
| vs. | § § | CASE NO. 6:10-CV-417 |
| APPLE INC., | § § § | |
| Defendant. | § § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given in the Court's Charge.

1. Did VirnetX prove by a preponderance of the evidence that Apple infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

'135 Patent

Claim 1    yes
Claim 3    yes
Claim 7    yes
Claim 8    yes

'151 Patent

Claim 1    yes
Claim 13   yes

'504 Patent

Claim 1    yes
Claim 2    yes
Claim 5    yes
Claim 16   yes
Claim 21   yes
Claim 27   yes

'211 Patent

Claim 36   yes
Claim 37   yes
Claim 47   yes
Claim 51   yes

2. Did Apple prove by clear and convincing evidence that the following listed claims of the following patents are invalid?

**If you find the claim invalid, answer "Yes;" otherwise, answer "No."**

'135 Patent

Claim 1     NO
Claim 3     NO
Claim 7     NO
Claim 8     NO

'151 Patent

Claim 1     NO
Claim 13     NO

'504 Patent

Claim 1     NO
Claim 2     NO
Claim 5     NO
Claim 16     NO
Claim 21     NO
Claim 27     NO

'211 Patent

Claim 36     NO
Claim 37     NO
Claim 47     NO
Claim 51     NO

3. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate VirnetX for Apple's infringement, if any, of the patents up to the time of trial?

Answer with the amount: $ 368,160,000.00