# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

December 20, 2012

**LEONARD DAVIS, Judge Presiding**

| | |
|---|---|
| Law Clerk(s):  Gabrielle LaHatte | Court Reporter:  Shea Sloan |
| Chief Staff Attorney:  Nicole Mitchell | Judicial Assistant:  Carrie King |

| VIRNETX INC.<br>V.<br>APPLE INC. | CIVIL ACTION NO: 6:10-CV-417<br><br>POST-VERDICT MOTION HEARING |
|---|---|
| ATTORNEYS FOR PLAINTIFF<br>See Sign-In Sheet | ATTORNEYS FOR DEFENDANTS<br>See Sign-In Sheet |

On this day, came the parties by their attorneys and the following proceedings were had:

| OPEN:  9:25 AM | ADJOURN:  12:05 PM |
|---|---|

| TIME: | MINUTES: |
|---|---|
| 9:25 AM | Case called.  PARTIES ANNOUNCED READY.  (SEE SIGN-IN SHEETS) |
| | Court addressed the parties regarding order of procedures and opening statements. |
| | Mr. Cawley addressed the Court and made a brief statement.  Mr. Williams addressed the Court and made a brief statement. |
| | Court addressed the parties and requested arguments on *Sealed Patent Motion for Post-Verdict Damages to the Time of Judgment, Pre-Judgment Interest, and Post-Judgment Interest* (Docket No. 620).  Jason Cassady presented Plaintiff's arguments on the motion.  Drew Kim responded for Defendant.  Mr. Cassady responded.  Court and Mr. Kim discussed availability of last quarter figures.  Mr. Cassady responded.  Mr. Kim responded. |
| | Court requested arguments on *Sealed Patent Motion for Permanent Injunction* (Docket No. 621).  Doug Cawley presented Plaintiff's arguments on the motion.  Danny Williams responded for Defendant.  Mr. Cawley responded. |
| 10:40 AM | Court in recess. |
| 10:45 AM | Court resumed. |
| | Mr. Kim addressed the Court regarding availability of last quarter sales data.  Mr. Cassady responded. |

| TIME: | MINUTES: |
|---|---|
| | Court requested arguments on *Defendant's Sealed Motion for Judgment as a Matter of Law Under Rule 50(B)* (Docket No. 623).  Court specifically requested arguments on method claim of the '135 Patent.  Mr. Williams presented arguments on the motion.   Austin Curry responded for Plaintiff.  Mr. Williams responded.  Mr. Curry responded.  Mr. Williams further responded.  Mr. Curry further responded. |
| | Court requested next argument on the motion.  Mr. Williams presented arguments on VPN on Demand.  Mr. Curry responded. |
| | Court requested next argument on the motion.  Matt Rodgers presented arguments on damages issues.  Mr. Cassady responded for Plaintiff. |
| | Court requested arguments on *Plaintiff's Sealed Patent Motion for Entry of Judgment on the Jury Verdict, Request for Attorneys' Fees, and Judgment Against Apple on Apple's Late-Abandoned Counterclaims and Defenses, Including all of Apple's Alleged Prior Art References* (Docket No. 625).  Mr. Curry presented arguments for Plaintiff.  Mr. Williams responded.  Mr. Curry responded. |
| | Court addressed the parties and discussed briefing schedule. |
| | Mr. Cassady addressed the Court and made arguments that judgment be made final under Rule 54(b).  Mr. Williams responded. |
| 12:05 PM | Court adjourned. |