IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:10-CV-417 |
| | § | |
| **CISCO SYSTEMS, INC. et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Apple Inc.'s Unopposed Motion for Leave to File a Reply to Plaintiff's Response Brief and for Plaintiff to file a Sur-Reply (Docket No. 667). The Motion is **GRANTED.** Apple is granted leave to file a two page reply brief, due by January 29, 2013. VirnetX is also granted leave to file a two page sur-reply, due by February 1, 2013.

**So ORDERED and SIGNED this 29th day of January, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**