UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| VIRNETX, INC.,<br><br>        Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC., *et al.*<br><br>        Defendants. | CIVIL ACTION NO. 6:10-cv-417-LED |
| VIRNETX, INC.,<br><br>        Plaintiff,<br>v.<br><br>MITEL NETWORKS CORP., *et al.*<br><br>        Defendants. | CIVIL ACTION NO. 6:11-cv-018-LED |

**JOINT MOTION TO MODIFY DATE OF SPECIAL STATUS CONFERENCE**

    Plaintiff VirnetX Inc. ("VirnetX") and Defendant Cisco Systems, Inc. ("Cisco") and Defendant Avaya Inc. ("Avaya") file this Joint Motion to Modify Date of Special Status Conference to respectfully request that the Court move the date of the special status conference to discuss trial plans from February 11, 2013 to February 12, 2013.  In support of this motion, the Parties state as follows:

    On February 4, 2013, the Court ordered that the Parties attend a special status conference to discuss trial plans on February 11, 2013 at 10:00 am. Docket No. 679.

    The Parties have conferred regarding the proposed date for the conference and Lead Counsel for Cisco has an unavoidable conflict on February 11, 2013 due to a family medical appointment.  Plaintiff VirnetX and Defendant Avaya (from the 6:11-cv-018 matter) have stated that they do not opposed the proposed scheduling change.  Therefore, the Parties respectfully

request a continuance of the special status conference date from February 11, 2013 to February 12, 2013.  The Parties do not wish to inconvenience the Court, but respectfully raise this issue and ask the Court to consider the requested modification if the Court's schedule allows.

Dated: February 5, 2013

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
Texas State Bar No. 10929400
Email:  mikejones@potterminton.com
Allen F. Gardner
Texas State Bar No. 24043679
Email:  allendgardner@potterminton.com
John F. Bufe
Texas State Bar No. 03316930
Email:  johnbufe@potterminton.com
**POTTER MINTON, P.C.**
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

OF COUNSEL:

John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

**ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.**


*/s/ Douglas A. Cawley, with permission by Michael E. Jones*
Douglas A. Cawley, **Lead Attorney**
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@mckoolsmith.com

Stacie L. Greskowiak
Texas State Bar No. 24074311
E-mail: sgreskowiak@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
Email: msibley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@cassadycurry.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@cassadycurry.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@cassadycurry.com
**CASSADY CURRY P.C.**
1717 McKinney
Suite 700
Dallas, TX 75202
Telephone: (214) 810-4705
Facsimile: (214) 481-1757

**ATTORNEYS FOR PLAINTIFF
VIRNETX, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on February 5, 2013, with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

                */s/ Michael E. Jones*
                Michael E. Jones

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiff's counsel and Defendants' counsel have met and conferred regarding this motion, and all parties are in agreement that it be filed and to the relief sought therein.

*/s/ Michael E. Jones*
Michael E. Jones
