IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:10-CV-417 |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are the following motions:

- Cisco's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 7,188,180 by Cisco's Dynamic Multipoint VPN Systems (Docket No. 443);

- Cisco, Avaya and Siemens' Motion to Strike Portions of Dr. Scott Nettles' Expert Report, (Docket No. 444);

- Defendants' Siemens, Avaya, and Cisco Joint Motions for Summary Judgment (Docket No. 447);

- Cisco's Motion for Reconsideration of the Court's October 22, 2012 Order concerning Derivation and Non-Joinder re [555] (Docket No. 578);

- VirnetX's Motion to Strike Cisco's Supplemental Submission (Docket No. 628);

- Cisco's Motion for Reconsideration of the Court's Claim Construction Opinion (Docket No. 654);

- Cisco's Renewed Motion to Stay Pending Reexamination Proceedings (Docket No. 659);

- VirnetX and Cisco's Joint Motion to Exceed Limits on Exhibit and Deposition Designations for Trial (Docket No. 674); and

- Cisco's Motion to Stay VirnetX's Claims of Infringement Involving the Use of AnyConnect for Apple iOS in Apple Products (Docket No. 699).

Having considered the parties' written submissions and oral arguments, the Court **DENIES AS MOOT** Cisco's Motion for Summary Judgment (Docket No. 443); **DENIES** Cisco, Avaya and Siemens' Motion to Strike (Docket No. 444); **DENIES** Defendants' Siemens, Avaya, and Cisco Joint Motions for Summary Judgment (Docket No. 447); **DENIES** Cisco's Motion for Reconsideration of the Court's October 22, 2012 Order (Docket No. 578); **DENIES AS MOOT** VirnetX's Motion to Strike (Docket No. 628); **DENIES** Cisco's Motion for Reconsideration of the Court's Claim Construction Opinion (Docket No. 654); **DENIES AS MOOT** Cisco's Renewed Motion to Stay Pending Reexamination Proceedings (Docket No. 659); **GRANTS** VirnetX and Cisco's Joint Motion to Exceed Limits on Exhibit and Deposition Designations (Docket No. 674); and **DENIES** Cisco's Motion to Stay VirnetX's Claims of Infringement (Docket No. 699).

**So ORDERED and SIGNED this 1st day of March, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**