| CASE NO. 6:10-CV-417 | **VIRNETX INC.**<br>**V**<br>**CISCO SYSTEMS, INC.** |
|---|---|

# MARCH 4, 2013 – Jury Selection & Trial
## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Cassady | Virnetx |
| Brad Caldwell | " |
| Austin Curry | " |
| Doug Cawley | " |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY**

| CLIENT NAME | COMPANY |
|---|---|
| Robert Short | VirnetX |
|  |  |
|  |  |
|  |  |
|  |  |

| CASE NO. 6:10-CV-417 | VIRNETX INC. V CISCO SYSTEMS, INC. |
|---|---|

## MARCH 4, 2013 – Jury Selection & Trial
**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Cullen Jennings | Client |
| Mike Jones | Cisco |
| Paul Bondor | " |
| Michael Stadnick | " |
| John Desmarais | Cisco |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| Cullen Jennings | Client Representative for Cisco |
| | |
| | |
| | |