IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:10-cv-417 |
| vs. | § | |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

1. Did VirnetX Inc. prove by a preponderance of the evidence that Cisco Systems, Inc. infringes any of the following claims of the following patents?

   **Answer "Yes" or "No" for each Claim.**

   '135 Patent

   Claim 10    No
   Claim 12    No

   '759 Patent

   Claim 2    No
   Claim 17    No

   '211 Patent

   Claim 1    No
   Claim 8    No
   Claim 23    No
   Claim 27    No
   Claim 31    No

   '504 Patent

   Claim 36    No
   Claim 47    No
   Claim 51    No

For each patent you have found to be infringed, if any, answer Question 2:

2. Did VirnetX Inc. prove by clear and convincing evidence that Cisco Systems, Inc.'s infringement was willful?

   **Answer "Yes" or "No" for each patent below.**

   '135 Patent  _____          '759 Patent  _____

   '211 Patent  _____          '504 Patent  _____

3. Did Cisco Systems, Inc. prove by clear and convincing evidence that any of the listed claims of the following patents are invalid?

   **If you find the claim invalid, answer "Yes;" otherwise, answer "No."**

   '135 Patent

   Claim 10    No
   Claim 12    No

   '211 Patent

   Claim 1     No
   Claim 8     No
   Claim 23    No
   Claim 27    No
   Claim 31    No

   '504 Patent

   Claim 36    No
   Claim 47    No
   Claim 51    No

4. What sum of money, if any, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate VirnetX Inc. for Cisco System, Inc.'s infringement of the patents up to the time of trial?

   **Answer with the Amount:** $ ~0~

                                              JURY FOREPERSON

2