**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **VIRNETX INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | **CASE NO. 6:10-CV-417** |
| § | |
| **CISCO SYSTEMS, INC. et al.,** § | |
| § | |
| Defendants. § | |

# ORDER

The Court hereby **SETS** the following motions **for hearing on June 18, 2013 at 9:30 a.m.**:

- VirnetX's Motion for New Trial and for Judgment as a Matter of Law (Docket No. 798);

- Cisco's Renewed Motion to Dismiss as Moot its Invalidity Counterclaims (Docket No. 803); and

- Cisco's Motion for Costs (Docket No. 828).

**So ORDERED and SIGNED this 13th day of May, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**