**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| VirnetX, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Cisco Systems, Inc., *et al.*, <br><br> Defendants. | Civil Action No. 6:10-cv-00417-LED <br> **JURY TRIAL DEMANDED** |

## **DEFENDANT APPLE INC.'S NOTICE OF APPEAL**

Notice is given that Defendant Apple Inc. hereby appeals the judgment dated February 27, 2013 (Dkt. #742), including all interlocutory decisions and orders subsidiary thereto or subsumed therein, and the order dated June 4, 2013 (Dkt. # 837) to the United States Court of Appeals for the Federal Circuit.

Dated: July 1, 2013                             Respectfully submitted,

/s/ Danny L. Williams
Danny L. Williams - LEAD ATTORNEY
State Bar No. 21518050
E-mail:  danny@wmalaw.com
Ruben S. Bains
Texas Bar No. 24001678
E-mail:  rbains@wmalaw.com
Drew Kim
Texas Bar No. 24007482
E-mail:  dkim@wmalaw.com
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713) 934-7000
Facsimile: (713) 934-7011

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

ATTORNEYS FOR APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served on July 1, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Mark Dunglinson
Litigation Paralegal