**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:10-cv-417 |
| | § | |
| **CISCO SYSTEMS, INC., et al.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |
| | § | |

### APPLE INC.'S UNOPPOSED MOTION TO ENTER STIPULATION AS ORDER

Defendant Apple Inc. ("Apple") moves the Court to enter as an Order the Stipulation on Execution of Judgment Against Apple attached hereto as Exhibit 1. Plaintiffs VirnetX Inc. and Science Applications International Corporation do not oppose this Motion.

DATED: July 18, 2013

Respectfully submitted,

/s/ Danny L. Williams
Danny L. Williams - LEAD ATTORNEY
State Bar No. 21518050
E-mail: danny@wmalaw.com
Ruben S. Bains
Texas Bar No. 24001678
E-mail: rbains@wmalaw.com
Drew Kim
Texas Bar No. 24007482
E-mail: dkim@wmalaw.com
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com

ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**ATTORNEYS FOR DEFENDANT APPLE INC.**

**CERTIFICATE OF SERVICE**

    The undersigned certifies that, on July 18, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                      */s/* Mark Dunglinson
                      Mark Dunglinson