IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 6:10-cv-417 |
| CISCO SYSTEMS, INC., et al. | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § | |

## DECLARATION OF MICHAEL BOYD

I, Michael Boyd, Director, Treasury Operations of Apple Inc. ("the Company"), do hereby certify as follows:

1. The Company has the financial wherewithal to satisfy the Judgment due to Plaintiffs (including all pre-judgment and post-judgment interest) in the case currently captioned VirnetX Inc. v. Cisco Systems, Inc., et al., Eastern District of Texas, Civil Action No. 6:10-cv-00417-LED.

2. Within 15 (fifteen) days of the completion of all appeal and remand proceedings (including any proceedings before the Supreme Court of the United States), or within 15 (fifteen) days of expiration of the times for initiating such proceedings, the Company will make all payments then due under the Judgment by wire transfer to an account specified in writing by VirnetX.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July 2013, at Cupertino, California.

_____