**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **Civil Action No. 6:10-cv-417** |
| | § | |
| **CISCO SYSTEMS, INC., et al.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |
| | § | |

## CERTIFICATION

I, _____, _____ of Apple Inc. ("the Company"), do hereby certify as follows:

The Company does not have the financial wherewithal to satisfy the Judgment due to Plaintiffs (including all pre-judgment and post-judgment interest) in the case currently captioned VirnetX Inc. v. Cisco Systems, Inc., et al., Eastern District of Texas, Civil Action No. 6:10-cv-00417-LED.

I declare under penalty of perjury that the foregoing is true and correct. Executed this \_\_\_\_ day of _____, 2013, at Cupertino, California.

_____