# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 6:10-cv-417 |
| CISCO SYSTEMS, INC., et al. | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § | |

## ORDER

The Court, having considered Defendant Apple Inc.'s Unopposed Motion To Enter Stipulation As Order and has determined that Apple Inc.'s Motion should be granted.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendant Apple Inc.'s Motion is **GRANTED.**

So ORDERED and SIGNED this 19th day of July, 2013.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**