IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:10-cv-417-LED |
| | § | |
| CISCO SYSTEMS, INC., et al. | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF LEIDOS, INC., FORMERLY SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION, SUPPLEMENTAL CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Science Applications International Corporation, now known as Leidos, Inc., makes this supplemental corporate disclosure statement to reflect the corporate renaming of Science Applications International Corporation and its holding company, SAIC, Inc. as Leidos, Inc. and Leidos Holdings, Inc. respectively. The name change did not alter or change the newly-named Leidos, Inc.'s interest in the patents at issue or its standing to enforce its rights in this action.

Leidos Holdings, Inc. owns 100% of Leidos, Inc.

Dated:  November 12, 2013

Respectfully submitted,

_/s/ Andy Tindel_____

ANDY TINDEL (Lead Counsel)
State Bar No. 20054500
MT² Law Group
Mann | Tindel | Thompson
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

Of Counsel:

DONALD URRABAZO
California State Bar No. 189509
ARTURO PADILLA
California State Bar No. 188902
URRABAZO LAW, P.C.
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Direct: (310) 388-9099
Facsimile: (310) 388-9088
Email: durrabazo@ulawpc.com
Email: apadilla@ulawpc.com

**ATTORNEYS FOR PLAINTIFF LEIDOS, INC., FORMERLY KNOWN AS SCIENCE APPLICATIONS INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

    This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 12th day of November, 2013.  Any other counsel of record will be served via email and first class certified mail, return receipt requested.

_____
ANDY TINDEL