# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1489

**VIRNETX, INC.,**
*Plaintiff-Appellee,*

and

**SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,**
*Plaintiff-Appellee,*

v.

**CISCO SYSTEMS, INC.,**
*Defendant,*

and

**APPLE INC.,**
*Defendant-Appellant.*

Appeal from the United States District Court for the Eastern District of Texas in case no. 10-CV-0417 Chief Judge Leonard Davis

## MANDATE

In accordance with the judgment of this Court, entered September 16, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court