# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND** | § | |
| **SCIENCE APPLICATIONS** | § | |
| **INTERNATIONAL CORPORATION**, | § | Civil Action No. 6:10-cv-00417-RWS |
| | § | |
| **Plaintiffs**, | § | |
| | § | |
| v. | § | |
| | § | |
| **APPLE INC.** | § | |
| | § | |
| **Defendant**. | § | |

## JOINT NOTICE OF CASE STYLE CHANGE

On August 11, 2010, VirnetX Inc. ("VirnetX") filed its original complaint against a number of different defendants no longer in the case, including Cisco Systems, Inc. ("Cisco"). Cisco was the first named defendant. Because Apple Inc. is the only defendant remaining of the originally named defendants, the parties agree that the case style listed above correctly names the remaining parties and should be used in document headings going forward.

| | |
|---|---|
| Dated: March 16, 2015 | Respectfully submitted, |
| */s/ Jason D. Cassady* | */s/ Michael E. Jones* |

Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
E-mail: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
E-mail: hhamad@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
Email:  charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF VIRNETX INC.**

*/s/ Andy Tindel*
 Andy Tindel
 State Bar No. 20054500
 E-mail: atindel@andytindel.com
 MT2 Law Group
 Mann | Tindel | Thompson

Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile: (212) 446-4900

William F. Lee
william.lee@wilmerhale.com
Rebecca A. Bact
rebecca.bact@wilmerhale.com
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile: (617) 526-5000

Danny L. Williams
State Bar No. 21518050
E-mail:  danny@wmalaw.com
Drew Kim
State  Bar No. 24007482
E-mail:  dkim@wmalaw.com
**WILLIAMS MORGAN P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713) 934-7000
Facsimile: (713) 934-7011

Michael E. Jones
Texas Bar No. 10969400
mikejones@potterminton.com
Allen F. Gardner
Texas Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702

112 E. Line, Ste. 304
Tyler, TX 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

*Of Counsel:*

Donald Urrabazo (*Pro Hac Vice*)
California State Bar No. 489509
Email: donaldu@ulawpc.com
Arturo Padilla (Pro Hac Vice)
California State bar No. 188902
Email: apadilla@ulawpc.com
Ronald Wielkopolski (*Pro Hac Vice*)
District of Columbia Bar No. 1013586
Email: rwielkopolski@ulawpc.com
**URRABAZO LAW, P.C.**
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Telephone: (310) 388-9099
Facsimile: (310) 388-9088

**ATTORNEYS FOR PLAINTIFF
LEIDOS, INC.**

Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 16th day of March, 2015. Local Rule CV-5(a)(3)(A).

*/s/ Jason D. Cassady*
Jason D. Cassady