# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND** | § | |
| **SCIENCE APPLICATIONS** | § | |
| **INTERNATIONAL CORPORATION,** | § | Civil Action No. 6:10-cv-00417-RWS |
| | § | |
| **Plaintiffs**, | § | |
| | § | |
| v. | § | |
| | § | |
| **APPLE INC.** | § | |
| | § | |
| **Defendant**. | § | |

## ORDER GRANTING AGREED JOINT MOTION TO CHANGE CASE STYLE

Before the Court is the parties' Agreed Joint Motion to Change Case Style. The Court, having considered the Agreed Joint Motion to Change Case Style, finds that the motion has merit and **ORDERS** that the above listed case style be used in all document headings going forward.

**SIGNED this 16th day of March, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE