**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC. AND SCIENCE APPLICATIONS INTERNATIONAL CORPORATION**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**APPLE INC.,**<br><br>**Defendant.** | **6:10-cv-00417-RWS** | **Judge Presiding: Robert W. Schroeder III**<br>**Jury Trial / Hearing Date:** |

**PLAINTIFF VIRNETX INC.'S**
**FINAL LIST OF ALL ADMITTED EXHIBITS**

| | | |
|---|---|---|
| **Plaintiff's Attorneys:**<br><br>**Bradley W. Caldwell**<br>**Jason D. Cassady**<br>**J. Austin Curry** | **Defendant's Attorneys:** | **Court Reporter:**<br><br>**Courtroom Deputy:** |



9/29/2016

| PLTF EXH NO. | CATEGORY | MARKED | OFFERED | ADMITTED | DESCRIPTION | BATES RANGE | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | 9/26 | 09/18/2012 – Certified U.S. Patent No. 6,502,135 | VX00690521 – VX00690593 | | |
| 2 | | | | 9/26 | 12/21/2006 – Certified Assignment re: U.S. Patent No. 6,502,135 | VX00360628 | | |
| 4 | | | | 9/26 | 08/26/2008 – U.S. Patent No. 7,418,504 | VX00056852 – VX00056925 | | |
| 5 | | | | 9/26 | 08/26/2008 – Assignment re: U.S. Patent No. 7,418,504 | VX00362298 | | |
| 7 | | | | 9/26 | 02/10/2009 – U.S. Patent No. 7,490,151 | VX00035447 – VX00035509 | | |
| 8 | | | | 9/26 | 02/10/2009 – Assignment re: U.S. Patent No. 7,490,151 | VX00362955 – VX00362956 | | |
| 10 | | | | 9/26 | 04/05/2011 – U.S. Patent No. 7,921,211 | VX00036869 – VX00036946 | | |
| 11 | | | | 9/26 | 04/05/2011 – Assignment re: U.S. Patent No. 7,921,211 | VX00363856 | | |
| 13 | | | | 9/26 | iPhone User Guide For iPhone OS 3.1 Software | APP_VX0001724 – APP_VX0001940 | | |
| 14 | | | | 9/26 | iPhone User Guide For iOS 4.2 and 4.3 Software | No Bates | | |
| 15 | | | | 9/26 | iPhone User Guide - 3G | APP_VX0461469 | | |
| 16 | | | | 9/26 | iPhone User Guide - iOS 5.0 | APP_VX0663930 | | |
| 17 | | | | 9/26 | iPhone User Guide - iOS 3.1 | APP_VX0612837 | | |
| 18 | | | | 9/26 | 00/00/2011 – iPad User Guide For iOS 5.0 Software | APP_VX0664747 – APP_VX0664887 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 | | | | 9/26 | iPad User Guide - iOS 4.2 | APP VX0001941 | | |
| 20 | | | | 9/26 | iPad User Guide - iOS 4.3 | APP VX0664548 | | |
| 21 | | | | 9/26 | iPad User Guide | APP_VX0001472 | | |
| 22 | | | | 9/26 | 00/00/2011 – iPod Touch User Guide iOS 5.0 Software | APP_VX0664177 – APP_VX0664319 | | |
| 23 | | | | 9/26 | iPod Touch User Guide | APP VX0002948 | | |
| 24 | | | | 9/26 | iPod Touch User Guide - iOS 3.0 | APP VX0002122 | | |
| 25 | | | | 9/26 | iPod Touch User Guide - iOS 3.1 | APP_VX0002779 | | |
| 26 | | | | 9/26 | iPod Touch User Guide - iOS 4.3 | APP VX0663624 | | |
| 27 | | | | 9/26 | iPod Touch Features Guide | APP VX0001626 | | |
| 28 | | | | 9/26 | VPN Server Configuration for iOS (Networking) | APP_VX0000027 – APP VX0000038 | | |
| 29 | | | | 9/26 | VPN Server Configuration for iOS4 Devices | APP_VX0292714 | | |
| 34 | | | | 9/26 | 03/05/2009 - iPhone and iPod Touch Enterprise Deployment Guide Fifth Edition | APP_VX0006078 - APP_VX0006144 | | |
| 35 | | | | 9/26 | iPhone and iPod Touch Enterprise Deployment Guide - 3rd Ed. | APP_VX0005707 | | |
| 36 | | | | 9/26 | iPhone and iPod Touch Enterprise Deployment Guide - 4th Ed. | APP_VX0461410 | | |
| 37 | | | | 9/26 | iPhone Enterprise Deployment Guide - 1st Ed. | APP VX0006243 | | |
| 38 | | | | 9/26 | iPhone Enterprise Deployment Guide - 2nd Ed. 3.1 | APP_VX0462017 | | |
| 39 | | | | 9/26 | iPhone Enterprise Deployment Guide - 2nd Ed. 3.2 | APP_VX0001062 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 48 | | | | 9/26 | 08/14/2009 – Apple Push Notification Service Programming Guide | APP_VX0004219 – APP_VX0004256 | | |
| 54 | | | | 9/26 | What's New in iPhone OS | APP_VX0566868 | | |
| 60 | | | | 9/26 | iOS: Supported protocols for VPN | APP_VX0000094 | | |
| 61 | | | | 9/26 | iPhone and iPod touch: Understanding VPN connections and IP address changes | APP_VX0026225 | | |
| 62 | | | | 9/26 | 06/00/2010 - iPhone in Business Virtual Private Networks (VPN) | VX0491861 - VX00491863 | | |
| 63 | | | | 9/26 | 03/00/2012 - iPhone and iPad in Business Deployment Scenarios | VX00491835 - VX00491860 | | |
| 64 | | | | 9/26 | Deploying iPhone and iPad Virtual Private Networks | VX00491798 - VX00491800 | | |
| 65 | | | | 9/26 | Deploying iPhone and iPad Security Overview | APP_VX0664917 - APP_VX0664922 | | |
| 66 | | | | 9/26 | Apple - iPad in Business - Integration, http://www.apple.com/ipad/business/integration / | APP_VX00491648 - APP_VX00491652 | | |
| 67 | | | | 9/26 | iOS: Using Face Time | APP_VX0000109 | | |
| 68 | | | | 9/26 | iPhone 4: Troubleshooting FaceTime | APP_VX0193011 | | |
| 70 | | | | 9/26 | Apple Support - MobileMe: "Secure iChat" is unavailable in OS X Lion | VX00609890 | | |
| 71 | | | | 9/26 | iPhone 4 iPod Touch (4th Generation): Using FaceTime | VX00006643- VX00006644 | | |
| 74 | | | | 9/26 | 03/24/2011 – Email string from J. Wood to P. Westen re: FaceTime Longer-term security fix **[APP_VX0521546 – APP_VX0521548]** 03/24/2011 – Email string from J. Wood to P. Westen re: FaceTime Longer-term security fix **[APP_VX0545365 – APP_VX0545367]** | APP_VX0521546 – APP_VX0521548; APP_VX0545365 – APP_VX0545367 | | |
| 80 | | | | 9/26 | 03/31/2011 – Email string from A. Vyrros to L. Wagerman re: URGENT: FaceTime/France | APP_VX0460498 – APP_VX0460502 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 82 | | | | 9/26 | 11/12/2010 – Email string from J. Santamaria to A. Vyrros re: Input for entitlement protocl doc | APP_VX0523625 – APP_VX0523632 | | |
| 83 | | | | 9/26 | 10/11/2010 – Email string from D. Jin to A. Vyrros re: TCP relay support without TLS | APP_VX0552905 – APP_VX0552906 | | |
| 86 | | | | 9/26 | 06/23/2010 – Email string from C. Bcherer to P. Gates re: FaceTime configuration | APP_VX0382133 – APP_VX0382134 | | |
| 90 | | | | 9/26 | 12/04/2010 – Email string from D. Bleau to A. Vyrros re: new calling app over APNS | APP_VX0452108 – APP_VX0452109 | | |
| 91 | | | | 9/26 | 10/21/2010 – Email string from B. Arthur to iChat developers <fez-dev@group.appl.com> re: You Nailed it! | APP_VX0685955 – APP_VX0685956 | | |
| 92 | | | | 9/26 | 04/22/2011 – Email string from A. Vyrros to B. Baethge re: Facetime IP Address(es) | APP_VX0460560 – APP_VX0460562 | | |
| 96 | | | | 9/26 | 05/11/2011 – Email string from J. Chow to A. Vyrros re: Lion GM SLA provisions | APP_VX0555012 – APP_VX0555017 | | |
| 103 | | | | 9/26 | 11/05/2010 – Email string from C. Becherer to P. Gates re: FaceTime security question | APP_VX0451792 – APP_VX0451793 | | |
| 111 | | | | 9/26 | 09/24/2009 – Email from J. Abuan to A. Yang re: Graffle of Connection Service (Tung, Berkat Dep. 03/13/2012, Ex. 1) | APP_VX0321622 – APP_VX0321623 | | |
| 112 | | | | 9/26 | 04/15/2010 – Email from B. Whitebook to J. Abuan, J. Tung re: developing strategic plan for fully securing venice chat at the GKS/VCCallSession level | APP_VX0321868 – APP_VX0321869 | | |
| 113 | | | | 9/26 | Email from Chinn to help @ apple.com | APP_VX0624406 | | |
| 116 | | | | 9/26 | 03/14/2011 – Email string from B. Whitebook to J. Abuan, J. Normile re: OpenFaceTime issues | APP_VX0629218 – APP_VX0629221 | | |
| 119 | | | | 9/26 | 10/07/2010 – Email string from A. Brosnaham to M. Adler, D. MacKay re: Viceroy and Certificate updates | APP_VX0369775 – APP_VX0369777 | | |
| 120 | | | | 9/26 | 10/29/2010 – Email string from A. Vyrros to E. Strahm re: Akamai chanages for FaceTime | APP_VX0460081 – APP_VX0460085 | | |

| 122 | | | | 9/26 | 07/15/2010 – Email string from J. Normile to J. Abuan re: VC Connectivity & VC Bugs KW Report | APP_VX0325959 – APP_VX0325966 | | |
|---|---|---|---|---|---|---|---|---|
| 128 | | | | 9/26 | 07/27/2010 – Email string from B. Thomas to A. Vyrros re: Open FT security interop meeting… | APP_VX0552476 – APP_VX0552478 | | |
| 130 | | | | 9/26 | 01/05/2010 – Email string from J. Abuan to H. Jeong, R. Garcia, J. Tung re: Venice Status Rollup | APP_VX0792646 – APP_VX0792649 | | |
| 133 | | | | 9/26 | 06/16/2010 – Email from B. Whitebook to J. Normile re: summary comparison of security for venice, ichat, skype (high level) | APP_VX0368573 | | |
| 137 | | | | 9/26 | Apple Source code - Face Time **(SEALED)** | | | |
| 138 | | | | 9/27 | Apple Source code - VPN on Demand **(SEALED)** | | | |
| 151 | | | | 9/26 | Undated – Spreadsheet re: Apple Inc. - US App Sales | APP_VX0031104 – APP_VX0031105 | | |
| 151.C | | | | 9/26 | Undated – Spreadsheet: Apple Inc. / VirnetX US iPhone Units by Channel for years 2007-2012 | APP_VX0665303 – APP_VX0665318 | | |
| 151.D | | | | 9/26 | Undated – Spreadsheet: Apple Inc. / VirnetX US iPhone Units by Channel for years 2007-2012 | APP_VX0665319 – APP_VX0665334 | | |
| 151.M | | | | 9/26 | Undated – Spreadsheet re: Apple Inc. - VirnetX - US Sales from 08/01/2010 to 01/31/2012 | APP_VX0665295 – APP_VX00665296 | | |
| 153 | | | | 9/26 | FaceTime usage reports **[APP VX0014046-47; APP VX0014044-45; APP VX0013823-26]** Emails containing FT usage reports [**APP VX0482191-93; APP VX0525228-29; APP VX0524995-96; APP VX0499292-93; APP VX0386418-420; APP VX0525705-07; APP VX0523651-53;** | APP VX0014046-47; APP VX0014044-45; APP VX0013823-26 APP VX0482191-93; APP VX0525228-29; APP VX0524995-96; APP VX0499292-93; APP VX0386418-420; APP | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **APP_ VX0498961 -63; APP VX0405611; APP VX0409654-56, APP VX0409657-59; APP _VX0405281-83; APP VX0382596; APP VX0406106-07**]<br>04/18/2011 - Memo from G. Thirumalai to facetime_server_stats_tech@group.apple.com re: FaceTime<br>NAT Type Daily Automated Report [**APP VX0558762**]<br>04/19/2011 - Memo from G. Thirumalai to facetime_server_stats_tech@group.apple.com re: Face Time<br>NAT Type Daily Automated Report [**APP VX0558763 -APP _VX0558764**]<br>Undated - FaceTime Usage Report [**APP VX0013819 -APP _VX0013822**]<br>05/27/2011 - Email from G. Thirumali to FaceTime Server Stats Tech Group re: FaceTime NAT Type Daily Automated Report [**APP_ VX0377727**]<br>05/27/2011 - Email from G. Thirumalai to factime_server_stats@group.apple.com re: FaceTime Daily<br>Automated Report (Thirumali, Gokul Dep. 04/12/2012, Ex. 1) [**APP_ VX0377725**]<br>[**APP_ VX0559381; APP_ VX0389579; APP_ VX0559383; APP_ VX0389587; APP_ VX0387733;**<br>**APP VX0389594; APP _VX0387992; APP VX0558799; APP VX0388104; APP VX0389598;**<br>**APP_VX0388110;APP_VX0389611;APP _VX0388112;APP_VX0558808;APP_VX0388114;** | VX0525705-07; APP VX0523651-53; APP_ VX0498961 -63; APP VX0405611; APP VX0409654-56, APP VX0409657-59; APP _VX0405281-83; APP VX0382596; APP VX0406106-07; APP VX0558762; APP VX0558763 - APP _VX0558764; APP VX0013819 - APP _VX0013822; APP_ VX0377727; APP_ VX0377725; APP_ VX0559381; APP_ VX0389579; APP_ VX0559383; APP_ VX0389587; APP_ VX0387733; APP VX0389594; APP _VX0387992; APP VX0558799; APP VX0388104; APP VX0389598; APP_VX0388110;APP_VX0389611;APP_VX0388112;APP_VX0558808;APP_VX0388114; APP _VX0558811; APP _VX0388123; APP VX0558814; APP VX0388125; APP VX0389628; APP _VX0388128; APP VX0558820; | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **APP _VX0558811; APP _VX0388123; APP VX0558814; APP VX0388125; APP VX0389628;<br>APP _VX0388128; APP VX0558820; APP VX0388132; APP VX0558823; APP VX0388135;<br>APP_ VX0389643; APP_ VX0388137; APP_ VX0389657; APP_ VX0388139; APP_ VX0558836;<br>APP VX0388161; APP VX0558839; APP VX0388233; APP VX0389674; APP VX0388253;<br>APP VX0558845; APP _VX0388824; APP VX0558848; APP VX0388894; APP VX0558851;<br>APP VX0388897; APP VX0389714; APP VX0388900; APP VX0389738; APP VX0389018;<br>APP_ VX0389752; APP_ VX0559456; APP_ VX0389757; APP_ VX0559459; APP_ VX0558866;<br>APP_ VX0559462; APP_ VX0389775; APP_ VX0389078; APP_ VX0389861; APP_ VX0559468;<br>APP VX0558875; APP VX0389081; APP VX0558878; APP VX0389108; APP VX0559477;<br>APP_VX0377728;APP_VX0559480;APP _VX0377731;APP_VX0389177;APP_VX 0377734;<br>APP VX0389184; APP _VX0389889; APP VX0389187; APP VX0389894; APP VX0389190;<br>APP_ VX0377737; APP_ VX0389194; APP_ VX0559755; APP_ VX0559498; APP_ VX0559763;** | APP VX0388132;<br>APP VX0558823;<br>APP VX0388135;<br>APP_ VX0389643;<br>APP_ VX0388137;<br>APP_ VX0389657;<br>APP_ VX0388139;<br>APP_ VX0558836;<br>APP VX0388161;<br>APP VX0558839;<br>APP VX0388233;<br>APP VX0389674;<br>APP VX0388253;<br>APP VX0558845;<br>APP _VX0388824;<br>APP VX0558848;<br>APP VX0388894;<br>APP VX0558851;<br>APP VX0388897;<br>APP VX0389714;<br>APP VX0388900;<br>APP VX0389738;<br>APP VX0389018;<br>APP_ VX0389752;<br>APP_ VX0559456;<br>APP_ VX0389757;<br>APP_ VX0559459;<br>APP_ VX0558866;<br>APP_ VX0559462;<br>APP_ VX0389775;<br>APP_ VX0389078;<br>APP_ VX0389861;<br>APP_ VX0559468;<br>APP VX0558875;<br>APP VX0389081;<br>APP VX0558878;<br>APP VX0389108;<br>APP VX0559477; | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **APP_ VX0389221; APP_ VX0559766; APP_ VX0559504; APP_ VX0559769; APP_ VX0389243; APP_VX0559772;APP_VX0389246;APP_VX0559775;APP_VX0389249;APP_VX0559779; APP_ VX0389331; APP_ VX0559781; APP_ VX0559784; APP_ VX0389368; APP_ VX0559787; APP VX0389396; APP VX0559790; APP VX0559545; APP VX0559793; APP VX0389417; APP_ VX0559796; APP_ VX0559551; APP_ VX0559803; APP_ VX0559554; APP_ VX0559808; APP VX0389427; APP VX0559811; APP VX0389444; APP VX0559814; APP VX0389455; APP VX0559817; APP VX0389472; APP VX0559820; APP VX0558736; APP VX0559823; APP VX0558739; APP _VX0559826; APP VX0389477; APP VX0559829; APP VX0389492; APP VX0559832; APP _VX0389504; APP VX0559835; APP _VX0558751; APP VX0559838; APP VX0558754; APP VX0559841; APP VX0558757; APP VX0559844; APP VX0389511; APP VX0559847; APP VX0559850; APP VX0389524; APP VX0559853; APP VX0389526; APP VX0559856; APP VX0558772; APP VX0559859; APP VX0558775; APP VX0559862;** | APP_VX0377728;APP_VX0559480;APP_VX0377731;APP_VX0389177;APP_VX0377734; APP VX0389184; APP _VX0389889; APP VX0389187; APP VX0389894; APP VX0389190; APP_ VX0377737; APP_ VX0389194; APP_ VX0559755; APP_ VX0559498; APP_ VX0559763; APP_ VX0389221; APP_ VX0559766; APP_ VX0559504; APP_ VX0559769; APP_ VX0389243; APP_VX0559772;APP_VX0389246;APP_VX0559775;APP_VX0389249;APP_VX0559779; APP_ VX0389331; APP_ VX0559781; APP_ VX0559784; APP_ VX0389368; APP_ VX0559787; APP VX0389396; APP VX0559790; APP VX0559545; APP VX0559793; APP VX0389417; APP_ VX0559796; APP_ VX0559551; APP_ VX0559803; | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **APP VX0389531; APP VX0559865; APP VX0389534; APP VX0559868; APP _VX0558784; APP VX0559871; APP VX0389560]** | APP_ VX0559554;<br>APP_ VX0559808;<br>APP VX0389427;<br>APP VX0559811;<br>APP VX0389444;<br>APP VX0559814;<br>APP VX0389455;<br>APP VX0559817;<br>APP VX0389472;<br>APP VX0559820;<br>APP VX0558736;<br>APP VX0559823;<br>APP VX0558739;<br>APP _VX0559826;<br>APP VX0389477;<br>APP VX0559829;<br>APP VX0389492;<br>APP VX0559832;<br>APP _VX0389504;<br>APP VX0559835;<br>APP _VX0558751;<br>APP VX0559838;<br>APP VX0558754;<br>APP VX0559841;<br>APP VX0558757;<br>APP VX0559844;<br>APP VX0389511;<br>APP VX0559847;<br>APP VX0559850;<br>APP VX0389524;<br>APP VX0559853;<br>APP VX0389526;<br>APP VX0559856;<br>APP VX0558772;<br>APP VX0559859;<br>APP VX0558775;<br>APP VX0559862; | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | APP VX0389531; APP VX0559865; APP VX0389534; APP VX0559868; APP _VX0558784; APP VX0559871; APP VX0389560 | | |
| 155 | | | | 9/26 | Undated – Website: IPhone - Picking up where amazing left off. | VX00491653 - VX00491663 | | |
| 156 | | | | 9/26 | Undated – Website: Say hello to FaceTime for Mac. | VX00491622 - VX00491625 | | |
| 157 | | | | 9/26 | Undated – Website: iPad - Your new favorite way to do just about everything. | VX00595156 - VX00595163 | | |
| 158 | | | | 9/26 | Undated – Website: iPodtouch - Top of the fun chain. | VX00595203 - VX00595201 | | |
| 159 | | | | 9/26 | Undated – Website: Apple Press Info - Apple Presents iPhone 4 | VX00610891 - VX00610893 | | |
| 160 | | | | 9/26 | Undated – Website: iPodTouch - FaceTime - Oh, I see what you're saying. | VX00491699 - VX00491701 | | |
| 162 | | | | 9/26 | Undated - iPhone iOS 4, www.apple.com/iphone/ios4 | VX00006497- VX00006501 | | |
| 163 | | | | 9/26 | 01/01/2007 – Website: Apple Reinvents the Phone with iPhone | VX00595027 - VX00595029 | | |
| 165 | | | | 9/26 | 06/08/2009 – Website: Apple Announces the New iPhone 3GS – The Fastest, Most Powerful iPhone Yet | VX0595005 - VX00595007 | | |
| 166 | | | | 9/26 | 10/04/2011 – Website: Apple Launches iPhone 4S, iOS 5 & iCloud | VX00595017 - VX00595018 | | |
| 167 | | | | 9/26 | 09/01/2010 – Press Release: Apple Introduces the New iPod Touch | VX00595009 - VX00595010 | | |
| 168 | | | | 9/26 | 01/27/2010 – Website: Apple Launches iPad | VX00595015 - VX00595016 | | |
| 169 | | | | 9/26 | 03/07/2012 – Website: Apple Launches New iPad | VX00595019 - VX00595021 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 170 | | | | 9/26 | Undated – Website: FaceTime - Phone calls like you've never seen before (Becherer Dep. 03/27/2012, Ex. 6) | APP_VX0000117 – APP_VX0000119 | | |
| 172 | | | | 9/26 | 10/20/2010 – Website: Apple Brings FaceTime to the Mac | VX00595008 | | |
| 174 | | | | 9/26 | 06/00/2010 – iPhone 4 - Reviewer's Guide | APP_VX0571433 – APP_VX0571453 | | |
| 175 | | | | 9/26 | 07/00/2009 – iPhone 3GS - Sales Guide - Enterprise | APP_VX0612445 – APP_VX0612474 | | |
| 177 | | | | 9/26 | 06/00/2009 – iPhone in Business - Deployment | APP_VX0612352 | | |
| 178 | | | | 9/26 | Undated – Introducing iPhone 3G S - The fastest, most powerful iPhone yet | APP_VX0612110 – APP_VX0612116 | | |
| 179 | | | | 9/26 | Deploying iPhone and iPad in Business | APP_VX0691464 | | |
| 180 | | | | 9/26 | iPhone in Business Security Overview | APP_VX0612079 | | |
| 181 | | | | 9/26 | iPhone | APP_VX0568586 | | |
| 182 | | | | 9/26 | Undated – Presentation: iPhone in Business | APP_VX0612174 – APP_VX0612232 | | |
| 183 | | | | 9/26 | Undated – Presentation: iPhone and iPad in Business | APP_VX0691269 – APP_VX0691428 | | |
| 184 | | | | 9/26 | Undated – Presentation: iPad at work - Mobile Meetings Made Easy | VX00491804 | | |
| 185 | | | | 9/26 | Undated – Presentation: iPhone in Business | APP_VX0691082 – APP_VX0691175 | | |
| 186 | | | | 9/26 | 06/00/2009 - iPhone in Business | APP_VX0611403 - APP_VX0611421 | | |
| 187 | | | | 9/26 | Undated – Presentation: iPhone and iPad in Business (Draft) (Butcher, Jeremy Dep. 05/14/2012, Ex. 8) | APP_VX0691176 – APP_VX0691268 | | |
| 188 | | | | 9/26 | 06/00/2009 – iPhone in Business - Virtual Private Networks (VPN) | APP_VX0611375 – APP_VX0611376 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 189 | | | | 9/26 | 09/25/2008 – Presentation: Networking Exec Review | APP_VX0005638 – APP_VX0005663 | | |
| 190 | | | | 9/26 | 10/17/2007 – Presentation: VPN Executive Review | APP_VX0005422 – APP_VX0005440 | | |
| 191 | | | | 9/26 | 06/26/2007 – VPN Feature Review | APP_VX0007376 | | |
| 193 | | | | 9/26 | 06/26/2007 – Presentation: VPN Feature Review | APP_VX0007419 – APP_VX0007465 | | |
| 194 | | | | 9/26 | 06/21/2007 – Presentation: VPN Feature Review | APP_VX0005182 – APP_VX0005206 | | |
| 195 | | | | 9/26 | 06/22/2007 – Presentation: VPN Feature Review | APP_VX0005289 – APP_VX0005315 | | |
| 196 | | | | 9/26 | Undated – Presentation: VPNs and Apple OS X | APP_VX0028460 – APP_VX0028483 | | |
| 198 | | | | 9/26 | iOS 4.3 | APP_VX0571941 | | |
| 200 | | | | 9/26 | FaceTime Over 3G Exec Review | APP_VX0476202 | | |
| 202 | | | | 9/26 | FaceTime for Snow Leopard | APP_VX0013951 | | |
| 203 | | | | 9/26 | 01/00/2010 – Presentation: FaceTime - Feature Brief (Shah, Ronak Dep. 03/23/2012, Ex. 2) | APP_VX0704495 – APP_VX0704504 | | |
| 207 | | | | 9/26 | PPT Software Engineering | APP_VX0013751 | | |
| 210 | | | | 9/26 | PPT Software Engineering | APP_VX0562400 | | |
| 212 | | | | 9/26 | iPad – Technical Specifications **[VX00595153 - VX00595155]** iPad – Technical Specifications **[VX00595164 - VX00595168]** iPod Touch – Technical Specifications **[VX00595211 - VX00595217]** iPhone 3GS – Technical Specifications **[VX00595177 - VX00595181]** | VX00595153 - VX00595155; VX00595164 - VX00595168; VX00595211 - VX00595217; VX00595177 - VX00595181; VX00595182 - | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | iPhone 4 – Tech Specs **[VX00595182 - VX00595186]**<br>iPhone – Technical Specifications **[VX00595198 - VX00595200]**<br>iPad3 – Technical Specifications **[VX00595140 - VX00595144]**<br>iPad – Compare specs for the new iPad with iPad 2 **[VX00595066 - VX00595068]**<br>iPhone – Technical Specifications **[VX00595198 - VX00595200]**<br>Apple iPhone 4s Technical Specifications **[VX00595187 - VX00595192]** | VX00595186; VX00595198 - VX00595200; VX00595140 - VX00595144; VX00595066 - VX00595068; VX00595198 - VX00595200; VX00595187 - VX00595192 | | |
| 213 | | | | 9/26 | CommNat Protocol | APP_VX0620671 | | |
| 214 | | | | 9/26 | Definitions | APP VX0031018 | | |
| 215 | | | | 9/26 | Undated – Identity Protocol - From PEP-Dev Wiki **[APP_VX0824486 – APP_VX0824493]**<br>Undated – NAT Traversal Protocol - From PEP-Dev Wiki **[APP_VX0824494 – APP_VX0824495]**<br>Undated – Relay Invitation Protocol - From PEP-Dev Wiki **[APP_VX0824496 – APP_VX0824504]** Undated – Venice Authentication - From PEP- Dev Wiki **[APP_VX0824505]**<br>Undated – Venice Phone Number Canonicalization - From PEP-Dev Wiki **[APP_VX0824506 – APP_VX0824513]** Undated – Venice Profile Page Protocol - From PEP-Dev Wiki **[APP_VX0824514 – APP_VX0824518]** Undated – Venice Profile Protocol - From PEP- Dev Wiki **[APP_VX0824519 – APP_VX0824524]** Undated – Venice Profile Conventions - From PEP-Dev Wiki | APP_VX0824486 – APP_VX0824493; APP_VX0824494 – APP_VX0824495; APP_VX0824496 – APP_VX0824504; APP_VX0824505; APP_VX0824506 – APP_VX0824513; APP_VX0824514 – APP_VX0824518; APP_VX0824519 – APP_VX0824524; APP_VX0824525 – APP_VX0824529; APP_VX0824530; APP_VX0824531 – APP_VX0824539 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **[APP_VX0824525 – APP_VX0824529]**<br>Undated – Venice Profiles - From PEP-Dev Wiki **[APP_VX0824530]**<br>Undated – Venice Registration Protocol - From PEP-Dev Wiki<br>**[APP_VX0824531 – APP_VX0824539]** | | | |
| 218 | | | | 9/26 | Gold Master Readiness Review for Monaco | APP_VX0370350 | | |
| 220 | | | | 9/26 | Monaco Push Notification Quality Status **[APP_VX0014755]**<br>Monaco Push Notification Quality Status **[APP_VX0370196]** | APP_VX0014755; APP_VX0370196 | | |
| 221 | | | | 9/26 | Gold Master Readiness Review for Monaco | APP_VX0683861 | | |
| 223 | | | | 9/26 | Gold Master Readiness Review for Monaco | APP_VX0678061 | | |
| 226 | | | | 9/26 | 04/06/2011 – Email from MacKay to monaco- dev | APP_VX0390346 | | |
| 227 | | | | 9/26 | 01/15/2011 – Email from MacKay to monaco-qa-xf | APP_VX0652740 | | |
| 228 | | | | 9/26 | 01/12/2011 – Email from garcia@apple.com to Payne | APP_VX0652734 | | |
| 229 | | | | 9/26 | 08/27/2010 – Email from J. Abuan to Garcia | APP_VX0323446 | | |
| 230 | | | | 9/26 | 01/20/2011 – Email from J. Santamaria to CommApps | APP_VX0377671 | | |
| 231 | | | | 9/26 | 09/09/2010 – Email from J. Abuan to Wang | APP_VX0323477 | | |
| 244 | | | | 9/26 | Telluride Feature Ideas | APP_VX0566656 | | |
| 246 | | | | 9/26 | Open Face Time Encryption Proposal | APP_VX0629205 | | |
| 249 | | | | 9/26 | Definitions | APP_VX0014381 - APP_VX0014382 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 250 | | | | 9/26 | Video Calling Overview | APP VX0566795 | | |
| 251 | | | | 9/26 | Video Calling Overview | APP VX0406975 | | |
| 254 | | | | 9/26 | 08/27/2011 – Face Time System Overview draft | APP_VX0013672 | | |
| 255 | | | | 9/26 | 08/31/2012 – Face Time System Overview draft | APP_VX0014278 | | |
| 260 | | | | 9/26 | Quality of Service for Face Time, v0.9 | APP_VX0014725 – APP VX0014754 | | |
| 261 | | | | 9/26 | 00/00/2010 – Face-Time Connection - Low Level Design, v0.1 | APP_VX0014177 – APP VX0014192 | | |
| 262 | | | | 9/26 | Undated – Flowchart securing chat between devices | APP_VX0014054 | | |
| 263 | | | | 9/26 | 06/11/2010 – iOS/OSX AVChat Security Interop, prepared for J. Abuan by B. Whitebook | APP_VX0013987 – APP VX0013991 | | |
| 264 | | | | 9/26 | 06/01/2010 – Presence on Embedded Devices and Reducing Dependence on AOL Instant Messenger, by R. Quattlebaum | APP_VX0620870 – APP_VX0620879 | | |
| 266 | | | | 9/26 | 03/18/2004 – VPN and PPP Connection On Demand, Feature #8419 Design proposal, Rev. 1.0, by C. Allie and H. Ridenour | APP_VX0004981 – APP_VX0004987 | | |
| 272 | | | | 9/26 | 00/00/2007 – iPhone Consideration Study 2007 | APP VX0703787 | | |
| 273 | | | | 9/26 | 02/00/2010 – iPhone Owner Study | APP_VX0701626 – APP VX0701840 | | |
| 274 | | | | 9/26 | 00/00/2011 – iPhone Buyer Survey FY11, Q2 | APP_VX0815015 – APP VX0815097 | | |
| 275 | | | | 9/26 | 00/00/2011 – iPhone 3GS/4 Owner Study | APP_VX0814681 – APP_VX0814805 | | |
| 276 | | | | 9/26 | 08/00/2011 – iPad Consideration - Quantitative Research Among CE Buyers | APP_VX0814059 – APP_VX0814173 | | |
| 277 | | | | 9/26 | 05/00/2010 – iPad Buying Process | APP_VX0813927 – APP_VX0814058 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 278 | | | | 9/26 | 08/00/2010 – iPad Buyer Survey: Initial US Results | APP_VX0814174 – APP_VX0814240 | | |
| 279 | | | | 9/26 | 01/00/2011 – Media tablet market update Q1'11 | APP_VX0815371 – APP_VX0815402 | | |
| 280 | | | | 9/26 | 10/00/2010 – Media tablet research analyst forecast comparison | APP_VX0815422 – APP_VX0815438 | | |
| 281 | | | | 9/26 | 07/00/2010 – iPad Tracking Study | APP_VX0700802 – APP_VX0700952 | | |
| 282 | | | | 9/26 | iPod Buyer Survey FY12Q1 | APP_VX0822513 - APP_VX0822640 | | |
| 283 | | | | 9/26 | 00/00/2010 – iPod Early Buyer Survey 2010 | APP_VX0703861 - APP_VX0703991 | | |
| 284 | | | | 9/26 | 00/00/2010 – iPod Owner Study 2010 | APP_VX0702245 | | |
| 285 | | | | 9/26 | 09/0/2011 - Channel Quantitative Survey - US | APP_VX0822848 | | |
| 286 | | | | 9/26 | 04/00/2010 - Channel Quantitative Survey (US) | APP_VX0813433 | | |
| 295 | | | | 9/26 | 04/10/2009 – Making iPhone Work In The Enterprise: Early Lessons Learned, by Ted Schadler - Forrester Report | APP_VX0006150 – APP_VX0006162 | | |
| 308 | | | | 9/26 | 10/26/2006 – Website: Apple Support Communities - VPN on demand feature, by Joni Kanerva | VX00609874 - VX00609877 | | |
| 319 | | | | 9/26 | 04/24/2000 – Email string from J. Gobien to D. Andrews re: Network Solutions-Verisign-and netEraser | VNET00166163 – VNET00166164 | | |
| 321 | | | | 9/26 | 11/22/2005 – Email string from G. Munger to R. Short, V. Larson re: SRTP and SIPS | VNET00171454 – VNET00171455 | | |
| 322 | | | | 9/26 | 11/07/2000 – Presentation: netEraser, Market Opportunity Assessment II, for SAIC by Cambridge Strategic Management Group | VNET00025524 – VNET00025571 | | |
| 323 | | | | 9/26 | 11/29/2000 – Presentation: netEraser, Market Targeting Strategy, for SAIC by Cambridge Strategic Management Group | VNET00025572 – VNET00025674 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 324 | | | | 9/26 | Undated – VirnetX Instant Secure Connect (ISC) - Automated VPN Initiation using Secure Domain Names | VNET00025675 – VNET00025677 | | |
| 325 | | | | 9/26 | 01/25/2001 – Presentation: netEraser Security Services, Business Model Results, for SAIC by Cambridge Strategic Management Group | VNET00028127 – VNET00028313 | | |
| 326 | | | | 9/26 | 11/29/2000 – Presentation: Market Targeting Strategy; Partnership Prioritization (01/04/2001); Propagation Plan Business Model Results (01/25/2001); Penetration Plan Business Model Revisions (02/06/2001) for SAIC by Cambridge Strategic Management Group | VNET00027132 – VNET00027340 | | |
| 327 | | | | 9/26 | 05/23/2001 – Memo from E. Hendrick to J.R. Beyster re: VirnetX Investment Search with attachment | VNET00168771 – VNET00168774 | | |
| 328 | | | | 9/26 | 04/25/2005 – Email from G. Munger to K. Larsen, V. Larson re: VirnetX PSA Discussion - April 21, 2005 | VX00507697-VX00507698 | | |
| 329 | | | | 9/26 | Undated – NetEraser Status, Actions and Meetings | VNET00043062 – VNET00043065 | | |
| 330 | | | | 9/26 | 04/29/2005 – VirnetX, Inc. Business Plan | VNET00019288 – VNET00019341 | | |
| 331 | | | | 9/26 | 03/18/2009 – Email from S. Mathur to J. Cronin re: Google Deal Concept with attached release: ipCapital Group Completes VirnetX IP Licensing Evaluation, dated 05/14/2008 | VX00135248 | | |
| 332 | | | | 9/26 | 01/04/2001 – Presentation: netEraser - .scom Partnership Prioritization for SAIC by Cambridge Strategic Management Group | VNET00028314 – VNET00028344 | | |
| 333 | | | | 9/26 | 07/08/1999 – Concept 2: Building and Testing the Most Secure LAN and WAN with Internet Access, by Technology Research Group | VNET00018660 - VNET00018709 | | |
| 334 | | | | 9/26 | 09/00/2001 – Presentation: VirnetX Instant Secure Connect (ISC) with Denial of Service Protection, by G. Munger, B. Short, V. Larson | VNET00029078 – VNET00029102 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 335 | | | | 9/26 | 01/26/2000 – Presentation: In-Q-Net Progress Review & Demonstration by V. Larson, D. Schmidt, G. Munger, B. Short, R. Pakula | VNET00147626 – VNET00147672 | | |
| 336 | | | | 9/26 | 06/00/2001 – Presentation: .scom Instant Secure Connect (ISC) Applications to "Internetted Warfare" with .smil and .sgov, by G. Munger, B. Short, V. Larson | S001249 – S001293 | | |
| 337 | | | | 9/26 | 08/00/1998 – Aladdin: Multi-Sensor Operations against Ground Targets, by G. Munger | VNET00111970 – VNET00111980 | | |
| 338 | | | | 9/26 | 00/00/2009 – Presentation: VirnetX, AMEX: VHC, Investor Overview Presentation 2009 | VX00388623 – VX00388643 | | |
| 339 | | | | 9/26 | 05/24/2012 – Presentation: NYSE MKT: VHC, Annual Shareholder Meeting | VX00612640 – VX00612677 | | |
| 340 | | | | 9/26 | 05/23/2012 – VirnetX License & Service Offerings | VX00608846 | | |
| 341 | | | | 9/26 | 00/00/2012 – Website pages re: VirnetX - Contact | VX00606487 - VX00606490 | | |
| 342 | | | | 9/26 | 04/13/2010 – Website article: VirnetX Launches Secure Domain Name Initiative | No Bates | | |
| 343 | | | | 9/26 | 02/29/2012 – VirnetX Gabriel Connection | VX00490583 – VX00490584 | | |
| 344 | | | | 9/26 | 11/10/2006 – VirnetX - Executive Summary | VNET00136659 – VNET00136662 | | |
| 345 | | | | 9/26 | 03/25/2008 – Photo of VirnetX office at 5615 | VX00060886 | | |
| 354 | | | | 9/26 | 01/26/1998 – Website article: Living in your own private Idaho | VNET00219638 – VNET00219641 | | |
| 358 | | | | 9/26 | 10/00/2001 – Presentation: Phoenix, SafeNet and VirnetX discussions, by G. Munger, R. Geritz, T. Swartz | VX00436204 – VS00436220 | | |
| 359 | | | | 9/26 | Undated – Early NetEraser VPN Initiation and Subsequent *.SCOM* Development, by R. Short | VX00430837 – VX00430843 | | |
| 361 | | | | 9/26 | 00/00/2010 – Face-Time Connection - Low Level Design, v0.1 | APP_VX0014177 – APP_VX0014192 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 368 | | | | 9/26 | RFC 3711: The Secure Real-time Transport Protocol (SRTP) | VX00611862 - VX00611900 | | |
| 373 | | | | 9/26 | 10/00/2010 – iPad Usage Study | APP_VX0814445 – APP_VX0814556 | | |
| 375 | | | | 9/26 | 00/00/2011 - Device & Content Survey 2011 | APP_VX0822266 - APP_VX0822378 | | |
| 377 | | | | 9/26 | 00/00/2012 - Draft PPT Apple Market Research Analysis FY12-Q1 iPhone Buyer Survey | APP_VX0822379 - APP_VX0822512 | | |
| 379 | | | | 9/26 | 10/00/2011 – 12/00/2011 – Smartphone Market Study | APP_VX0822752 – APP_VX0822847 | | |
| 381 | | | | 9/26 | 00/00/2011 – iMac Recent Buyer Research 2011 | APP_VX0813828 - APP_VX0813926 | | |
| 382 | | | | 9/26 | 08/00/2011 – iPad Tracking Study, FY11-Q3 Report | APP_VX0814241 – APP_VX0814444 | | |
| 384 | | | | 9/26 | 05/00/2011 - iPhone Owner Study | APP_VX0814557 - APP_VX0814680 | | |
| 385 | | | | 9/26 | 11/00/2011 – iPhone 4S Early Buyer Survey | APP_VX0814806 – APP_VX0814847 | | |
| 386 | | | | 9/26 | 00/00/2010 – iPhone Buyer Survey, FY10 - Q4 | APP_VX0814848 – APP_VX0814932 | | |
| 387 | | | | 9/26 | 00/00/2011 – iPhone Buyer Survey, FY11 - Q1 | APP_VX0814933 – APP_VX0815014 | | |
| 389 | | | | 9/26 | 00/00/2011 – iPhone Buyer Survey, FY11 - Q3 | APP_VX0815098 – APP_VX0815191 | | |
| 390 | | | | 9/26 | 09/00/2011 – Smartphone purchase influencers at retail | APP_VX0815192 – APP_VX0815262 | | |
| 391 | | | | 9/26 | 00/00/2011 – Macbook Air Recent Buyer Research 2011 | APP_VX0815263 - APPVX0815370 | | |
| 392 | | | | 9/26 | Undated - PowerPoint Presentation re iPhone in Business | APP_VX0612120 | | |
| 393 | | | | 9/26 | 00/00/0000 - Gold Master Readiness Review for Monaco FaceTime on SnowLeopard - Beta 1 | APP_VX0013983 - APP_VX0013986 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 394 | | | | 9/26 | 00/00/0000 - Apple website: iPhone FaceTime Be in two places at once | VX00490209 - VX00490211 | | |
| 395 | | | | 9/26 | 06/07/2010 – Website: Apple Presents iPhone 4 | VX00490181 - VX00490183 | | |
| 404 | | | | 9/26 | 03/12/2008 – Amendment No. 2 to Patent License and Assignment Agreement between SAIC and VirnetX | VNET00220774 – VNET00220779 | | |
| 405 | | | | 9/26 | 07/02/2002 – Technology License Agreement between SAIC and SafeNet, Inc. | VNET00011699 – VNET00011730 | | |
| 406 | | | | 9/26 | 05/02/2012 – Patent License Agreement between VirnetX Inc. and Aastra USA Inc. | VX00509715 – VX00509746 | | |
| 407 | | | | 9/26 | 07/11/2012 – Patent License Agreement between VirnetX Inc. and Mitel Networks Corporation | VX00679542 – VX00679577 | | |
| 408 | | | | 9/26 | 08/01/2012 – Patent License Agreement between VirnetX Inc. and NEC Corporation | VX00689383 – VX00689432 | | |
| 409 | | | | 9/26 | 05/14/2010 – License Agreement between Microsoft Corp. and VirnetX | VX00088621 – VX00088633 | | |
| 410 | | | | 9/26 | 00/00/2010 – Presentation: VirnetX, AMEX: VHC, Investor Overview Presentation 2010 | VX00143161 – VX00143181 | | |
| 411 | | | | 9/26 | 06/02/2011 – Presentation: NYSE Amex: VHC, Cowen and Company, 39th Annual Technology Media & Telecom Conference | VX00608809 - VX00608844 | | |
| 416 | | | | 9/26 | 05/01/2010 - Email chain between Matt Hoppa, Patrick Gates, Justin Wood, Justin Santamaria, Joe Abuan, Johnny Ngai and Venice-Daily group at Apple re Recent push stats on Skype deal | APP_VX0321809 - APP_VX0321812 | | |
| 418 | | | | 9/26 | 08/12/2005 – Patent License and Assignment Agreement between SAIC and VirnetX | VX00171121 – VX00171172 | | |
| 419 | | | | 9/26 | 11/02/2006 – Amendment No. 1 to Patent License and Assignment Agreement between SAIC and VirnetX Inc. | VNET00019107 – VNET00019114 | | |
| 420 | | | | 9/26 | 09/07/1999 – Professional Services Contract between In-Q-It, Inc. and SAIC, Contract No. Q4-02 | VNET00168103 – VNET00168127 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 421 | | | | 9/26 | 05/22/2010 – Email string from J. Butcher to C. Allie re: Juniper SSL VPN Testing Instructions | APP_VX0284941 - APP_VX0284945 | | |
| 424 | | | | 9/26 | 02/29/2000 - SAIC Confidential, NetEraser Financial Plan | VNET00193948 - VNET00193971 | | |
| 425 | | | | 9/26 | 01/23/2001 - Presentation: netEraser Easy VPN, Preliminary Business Model Results & Framework for SAIC by Cambridge Strategic Management Group | VNET00177710 - VNET00177759 | | |
| 426 | | | | 9/26 | 05/14/2008 - Press Release: ipCapital Group Completes VirnetX IP Licensing Evaluation | VX00671328 - VX00671330 | | |
| 439 | | | | 9/26 | 08/11/2010 - Email chain between Paul Chinn and Bart Whitebook re Is FaceTime safe for corporate use? | APP_VX0624408 | | |
| 452. | | | | 9/26 | 09/22/1999 – Handwritten notes on steno pad by R. Short re: tasking, meeting, etc. | VNET00075963 – VNET00075965 | | |
| 458 | | | | 9/26 | 05/13/2010 – Email string from C. Allie to T. Vu re: SSL VPN instructions | APP_VX0424715 – APP_VX0424717 | | |
| 460 | | | | 9/26 | 07/03/2003 – Website article: Microsoft Real-Time Communications: Protocols and Technologies, by Ross Carter | VNET00273171 – VNET00273192 | | |
| 462 | | | | 9/26 | 08/12/2005 – Security Agreement between VirnetX Inc. and SAIC | VNET00154033 – VNET00154047 | | |
| 469 | | | | 9/26 | 09/23/2011 - U.S. Patent Application 13/223,259 **[Gates, Patrick Dep. 07/18/2012 Exh 1]** | | | |
| 470 | | | | 9/26 | 04/14/2010 - Email from Kelly Altick to Steve Sinclair et al re iPhone "firsts" **[5:11CV1846 Exh 4 Dkt 1322-5]** | | | |
| 471 | | | | 9/26 | 04/00/2010 - IETF RFC 5766 - Traversal Using Relays around NAT (TURN): Relay Extensions to Session Traversal Utilities for NAT (STUN) by R. Mahay et al. | APP_VX0000825 - APP_VX0000892 | | |
| 472 | | | | 9/26 | Undated - FT Connection Call Flows Review | APP_VX0014020 - APP_VX0014026 | | |

| 473 | | | | 9/26 | Undated - Peer-to-Peer Connectivity by Joe Abuan | APP_VX0014086 - APP_VX0014140 | | |
|---|---|---|---|---|---|---|---|---|
| 474 | | | | 9/26 | Undated - Peer-to-Peer Connectivity by Joe Abuan | APP_VX0014141 - APP_VX0014176 | | |
| 475 | | | | 9/26 | 04/07/2011 - Email from Joe Abuan to Roberto Garcia et al. re Call Flows | APP_VX0029841 | | |
| 476 | | | | 9/26 | **[RFC 1631]** | | | |
| 477 | | | | 9/26 | **[RFC 2663]** | | | |
| 478 | | | | 9/26 | 03/10/2011 - Email from Joe Abuan to Krasimir Kolarov re WhitePaper Draft | APP_VX0323934 - APP_VX0323936 | | |
| 479 | | | | 9/26 | 08/11/2011 - Email - From Rory McGuire to Joe Abuan re UDP hole pumching API | APP_VX0485015 - APP_VX0485017 | | |
| 480 | | | | 9/26 | 05/26/2011 - Email from Andrew Vyrros to Rafael Ricera-Barreto re Discxussion with Acme - filtering | APP_VX0460654 - APP_VX0460659 | | |
| 481 | | | | 9/26 | 03/01/2011 - Email from Roberto Garcia to Derek Jin re Failure to place FT calls | APP_VX0404323- APP_VX0404333 | | |
| 482 | | | | 9/26 | 02/13/2003 - Software Product Brief Viceroy by Kurt Knight | APP_VX0563445- APP_VX0563459 | | |
| 483 | | | | 9/26 | Undated - Welcome to the Public Beta of iChat | APP_VX0563380 - APP_VX0563381 | | |
| 484 | | | | 9/26 | Undated - iChat AV and iSight Video Conferencing Solution | APP_VX0563251 - APP_VX0563288 | | |
| 485 | | | | 9/26 | Undated - FT Connection Call Flows Review | APP_VX0014303 - APP_VX014309 | | |
| 486 | | | | 9/26 | Undated - iChat AV Video Conferencing for the rest of us | APP_VX0562057 - APP_VX0562069 | | |
| 489 | | | | 9/26 | 00/00/2009 – SIP Security, by D. Sisalem, J. Floroiu, K. Kuthan, U. Abend, H. Schulzrinne | No Bates | | |
| 490 | | | | 9/26 | 07/14/2010 - Cisco AnyConnect for iPhone Software Certfication Guidelines | APP_VX0292790 - APP_VX0292816 | | |

| 504 | | | | 9/26 | 06/00/2009 - iPhone in Business Applications | APP_VX0612346 - APP_VX0612347 | | |
|---|---|---|---|---|---|---|---|---|
| 505 | | | | 9/26 | Undated - iPhone Revolutionary Mobile phone | APP_VX0611670 - APP_VX0611753 | | |
| 507 | | | | 9/26 | iPhone Business Integration | APP_VX0612358 | | |
| 508 | | | | 9/26 | 12/08/2010 - VPN Tracker 6 - the perfect solution for you and your company | APP_VX0321347 - APP_VX0321350 | | |
| 509 | | | | 9/26 | Restoring Content on an iPhone | APP_VX0610725 | | |
| 510 | | | | 9/26 | 7/15/2009 iPhone 3G S Demo Workshop Version 1.0 | APP_VX0612383 - APP_VX0612444 | | |
| 511 | | | | 9/26 | Undated - iPhone 3G S Demo Workshop Facilitator's Guide | APP_VX0612319 - APP_VX0612329 | | |
| 512 | | | | 9/26 | Undated - iPhone 3GS Demo Workshop | APP_VX0612249 - APP_VX0612279 | | |
| 513 | | | | 9/26 | iPhone 3GS Sales Guide **[APP_VX0612084 - APP_VX0612109]** iPhone 3GS Sales Guide **[APP_VX0612445 - APP_VX0612474]** | APP_VX0612084 - APP_VX0612109; APP_VX0612445 - APP_VX0612474 | | |
| 540 | | | | 9/26 | 00/00/2012 - Apple - iPhone 4S - Smile and say hello on the phone with FaceTime | VX00491664 - VX00491666 | | |
| 541 | | | | 9/26 | 00/00/2012 - Apple - iPhone 4S - It does everything. Better. | VX00491667 - VX00491672 | | |
| 542 | | | | 9/26 | 06/18/2001 - VirnetX Easy VPN/VirnetX Go-Forward Plan | VNET00025975- VNET00025984 | | |
| 545 | | | | 9/26 | 09/00/2012 - Apple Special Event video re iPhone5, New iPod Touch | VX00690498 | | |
| 546 | | | | 9/26 | Undated - Military Records of Colby "Gif" Munger | VX00490386 - VX00490391 | | |
| 548 | | | | 9/26 | 06/24/2011 - Email from Radar Mail Notification to A. Vyrros re Radar Assignment: Immediate Notification | APP_VX 0457665 - APP_VX 0457666 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 549 | | | | 9/26 | 09/11/2011 - Website: Apple - My Apple ID, https://appleid.apple.com/cgi-bin/WebObjects/MyAppleId.woa/ | No Bates | | |
| 550 | | | | 9/26 | Undated - FaceTime Overview | APP VX0014820 | | |
| 553 | | | | 9/26 | 06/01/2010 - Video Conferncing Overview by L. Heckman | APP_VX0577820 - APP_VX0577826 | | |
| 554 | | | | 9/26 | 06/00/2002 - RFC3263 - Session Initiation Protocol (SIP): Locating SIP Servers | APP_VX0020858 - APP_VX0020874 | | |
| 555 | | | | 9/26 | 06/01/2012 - Apple, Video Conferencing Overview, Version 0.5, by Laura Heckman | APP_VX0192885 - APP VX0192893 | | |
| 556 | | | | 9/26 | 08/13/2010 - Email from Joe Abuan to Hyeonkuk Jeong and Roberto Garcia re Fwd: questions about Facetime signaling/protocol for acoustics setup | APP_VX0323397 - APP_VX0323399 | | |
| 560 | | | | 9/26 | Various Dates - Emails regarding Proposal for using Corporate STUN Server | APP_VX0322427 - APP_VX0322428; APP_VX0322453 - APP_VX0322454; APP_VX0322514 - APP VX0322517 | | |
| 563 | | | | 9/26 | 08/16/2010 - GameKit White Paper by J. Marc | APP_VX0768566 - APP VX0768581 | | |
| 572 | | | | 9/26 | Undated - FY10 Q4 iPhone buyer survey FY10-Q4 | APP_VX0576142 - APP_VX0576163 | | |
| 602 | | | | 9/26 | Undated - ITS Server Environment | APP_VX0014803 - APP VX0014804 | | |
| 612 | | | | 9/26 | Deploying iPhone and iPad in Business, Resources re: VPN | APP_VX0691430 | | |
| 614 | | | | 9/26 | Website: iPhone Configuration Utility, http://help.apple.com/iosdeployment-ipcu/win/1.1/print.html?localePath=English.lpr oj/ | No Bates | | |
| 615 | | | | 9/26 | Website: VPN Server Configuration for iOS Devices, http://help.apple.com/iosdeployment-vpn/mac/1.1/print.html?localePath=English.lpr oj/ | No Bates | | |
| 616 | | | | 9/26 | 04/12/2012 - Appendix A to Apple's Tenth | No Bates | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Supplemental Response to VirnetX's First Set of Common Interrogatories (1-10) | | | |
| 1007 | | | | 9/27 | 04/04/2013 - iOS 6.1: VPN On Demand does not always initiate a VPN connection | VX00714715-VX00714716; VX00714717 | | |
| 1010 | | | | 9/28 | 04/14/2013 - VPN changes in iOS 6.1 result in degraded user experience | VX00714727-VX00714730 | | |
| 1012.03 | | | | 9/27 | 04/17/2013 - Email Jeremy Buthcer to Christophe Allie re: Additional feedback on the VPN issue - Eli Lilly | APP_VX855-04257617-APP_VX855-04257620 | | |
| 1025 | | | | 9/26 | Evidence of VPN on Demand testing | No Bates | | |
| 1026 | | | | 9/26 | Evidence of FaceTime testing | No Bates | | |
| 1029.01 | | | | 9/26 | 03/29/2013 - Akamai IP Application Accelerator Order Form | APP_VX0824905-APP_VX0824906 | | |
| 1030 | | | | 9/26 | 08/05/2013 - FaceTime IP Accelerated Relay - Traffic | APP_VX0825322-APP_VX0825323 | | |
| 1037 | | | | 9/26 | Undated - iPhone and iPad in Business | APP_VX0691269-APP_VX0691428 | | |
| 1043 | | | | 9/26 | http://support.apple.com/enus/HT4319. | No Bates | | |
| 1044 | | | | 9/26 | http://support.apple.com/kb/TS3367 | No Bates | | |
| 1045 | | | | 9/26 | Undated - Venice Registration Protocol printed 8/12/2010 | APP_VX0013737-APP_VX0013745 | | |
| 1046 | | | | 9/26 | Undated - Venice Authentication printed 8/12/2010 | APP_VX0013731 | | |
| 1048 | | | | 9/26 | Apple, Inc., iPhone in Business, Security Overview, Doc. L419826A (June 2010) | VX00006634-VX00006638 | | |
| 1049 | | | | 9/26 | Apple, Inc., iPhone in Business, Integration (2010) | VX00006630-VX00006633 | | |
| 1050 | | | | 9/26 | Apple, Inc., iPad in Business, Deployment Scenarios, Docs. L422495A – L422502A | VX00006505-VX00006530 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1051 | | | | 9/26 | Apple, Inc., iPad in Business, Virtual Private Networks (VPN), Doc. L422497A (Nov. 2010) | VX00006537-VX00006539 | | |
| 1052 | | | | 9/26 | Apple, Inc., iPad in Business, Security Overview, Doc. L422500A (Nov. 2010) | VX00006531-VX00006536 | | |
| 1053 | | | | 9/26 | Apple, Inc., VPN Server Configuration for iOS 4 Devices (2010) | VX00006504 | | |
| 1054 | | | | 9/26 | Apple, Inc., iOS 4.2 Enterprise Features for iPad (http://www.apple.com/ipad/business/software-update) | VX00006502-VX00006503 | | |
| 1055 | | | | 9/26 | Apple, Inc., iOS: Setting Up VPN (linked to "Support" page for Apple iPad 2, Doc. HT1424 | No Bates | | |
| 1056 | | | | 9/26 | Apple, Inc., iOS: Supported Protocols for VPN (linked to "Support" page for Apple iPad 2), Doc. HT1288 | No Bates | | |
| 1057 | | | | 9/26 | Apple, Inc., iPad User Guide (2010) | No Bates | | |
| 1058 | | | | 9/26 | Apple, Inc., iPad User Guide For iOS 4.3 Software (Mar. 2011) | No Bates | | |
| 1059 | | | | 9/26 | Apple Inc., FaceTime for Mac: Say hello to FaceTime for Mac (www.appple.com/mac/facetime) (2010) | VX00006494-VX00006496 | | |
| 1060 | | | | 9/26 | Apple Inc., Article No. HT4319, iPhone 4 and iPod Touch (4th generation): Using FaceTime (support.apple.com/kb/HT4319) (Sept. 15, 2010) | VX00006643-VX00006644 | | |
| 1061 | | | | 9/26 | Apple Inc., Article No. HT4245, iPhone 4 and iPod Touch (4th generation): Using FaceTime Behind a Firewall (http://support.apple.com/kb/HT4245) (Oct. 19, 2010) | VX00006642 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1062 | | | | 9/26 | Apple Inc., iPhone iOS 4 (www.apple.com/iphone/ios4) (2010) | VX00006497-VX00006501 | | |
| 1063 | | | | 9/26 | FaceTime on iPhone 4 (www.apple.com/iphone/features/facetime) (2010) | VX00006492-VX00006493 | | |
| 1064 | | | | 9/26 | Apple, Inc., iPad User Guide (2010) | VX00033402-VX00033555 | | |
| 1065 | | | | 9/26 | Apple, Inc., iPad User Guide for iOS 4.3 Software (Mar. 11, 2011) | No Bates | | |
| 1068 | | | | 9/26 | "iOS Security" available at http://images.apple.com/iphone/business/docs/iOS_Security_Oct12.pdf via the link http://www.apple.com/iphone/business/it/security.html | No Bates | | |
| 1077 | | | | 9/26 | 04/12/2012 - Apple's Tenth Supplemental Response to VirnetX's First Set of Common Interrogatories (Nos. 1-10), 417 Case | No Bates | | |
| 1079 | | | | 9/26 | 04/13/2012 - Apple's Response to VirnetX's Third Set of Interrogatories to Apple (Nos. 3-15), 417 Case | No Bates | | |
| 1084 | | | | 9/26 | 05/14/2010 - Amended Settlement and License Agreement between Microsoft and VirnetX | VX00842820-866 | | |
| 1085 | | | | 9/26 | 01/28/2013 - Patent License Agreement between VirnetX and Siemens | VX00713406-443 | | |
| 1086 | | | | 9/26 | 08/07/2013 - Patent License Agreement between VirnetX and Avaya | VX00714429-464 | | |
| 1088.2 | | | | 9/26 | 12/23/2014 - Roy Weinstein Expert Report Exhibit 6 | No Bates | | |
| 1088.3 | | | | 9/26 | 1/17/2016 - Roy Weinstein Supplemental Expert Report Exhibit 7 | No Bates | | |
| 1089.13 | | | | 9/26 | 8/29/16 - Roy Weinstein Expert Report Second Supplemental Exhibits 14 | No Bates | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1089.2 | | | | 9/26 | 12/23/2014 - Roy Weinstein Expert Report Exhibit 16 | No Bates | | |
| 1089.3 | | | | 9/26 | 8/29/2016 - Roy Weinstein Expert Report Second Supplemental Exhibit 20 | No Bates | | |
| 1089.4 | | | | 9/26 | 8/29/2016 - Roy Weinstein Expert Report Second Supplemental Exhibit 21 | No Bates | | |
| 1089.6 | | | | 9/26 | 8/29/2016 - Roy Weinstein Expert Report Second Supplemental Exhibit 23 | No Bates | | |
| 1092 | | | | 9/26 | VirnetX website, Royalty Rates and Guidelines (http://virnetx.com/licensing/royalty-rates-and-guidelines/). | No Bates | | |
| 1093 | | | | 9/26 | Federal Trade Commission, "Protecting Consumer Privacy in an Era of Rapid Change – Recommendations for Businesses and Policymakers," March 2012, p. 2. | No Bates | | |
| 1094 | | | | 9/26 | Zibreg, Christian, "Unencrypted FaceTime Video Calls Could Be a Security Risk," Geek.com, June 29, 2010 (http://www.geek.com/articles/mobile/unencrypted-facetime-calls-security-20100629/) | No Bates | | |
| 1095 | | | | 9/26 | "Apple Gathering FaceTime Information, Ability to See Video Calls," addictivetips.com, June 25, 2010 (http://www.addictivetips.com/mobile/apple-gathering-facetime-information-ability-to-see-video-calls/) | No Bates | | |
| 1096 | | | | 9/26 | Dilger, Daniel Eran, "Employee Owned iPhone iPad an Unstoppable Train in the Enterprise," AppleInsider, 9/21/2011 (http://www.appleinsider.com/articles/11/09/21/employee_owned_iphone_ipad_an_unstoppable_train_in_the_enterprise.html) | No Bates | | |
| 1097 | | | | 9/26 | Hsu, Tiffany, "Microsoft Agrees to Buys [sic] Skype for $8.5 Billion," Los Angeles Times, May 10, 2011 | No Bates | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | (http://latimesblogs.latimes.com/technology/2011/05/ microsoft-buys-skype-for-85-billion-.html). | | | |
| 1101 | | | | 9/26 | "iPhone – FaceTime" (http://www.apple.com/iphone/built-in-apps/facetime.html). | No Bates | | |
| 1104 | | | | 9/26 | Samuelson, Paul, "A Note on the Pure Theory of Consumers' Behaviour," ECONOMICA 5: pp. 61-71 (1938) | No Bates | | |
| 1105 | | | | 9/26 | 03/31/2011 - Email from Joyce Chow to Andrew Vyrros regarding Urgent: FaceTIme/France | APP_VX0455295 – 455299 | | |
| 1112 | | | | 9/26 | 10/25/2012 - Email from Andrew Vyrros to Rafael Rivera-Barreto regarding P2P traffic | APP_VX855-02125769 | | |
| 1119 | | | | 9/26 | 07/16/2008 - Email from Henry Stukenborg to Nick Dunklee regarding SEV 1: iPhone using wrong mask for SA | APP_VX0027737 – 27743 | | |
| 1120 | | | | 9/26 | 04/04/2013 - Email from Jeremy Butcher to Christophe Alle regarding Change to VPN Customer Behavior | APP_VX855-03994094-90 | | |
| 1121 | | | | 9/26 | 04/10/2013 - Ragan, Steve, "Patent Lawsuit Against Apple Forces Enterprises to Scramble Over iOS VPN Functionality" | No Bates | | |
| 1123 | | | | 9/26 | 04/05/2013 - Email from Joby Menon and Renee Wilson-Burstein regarding change in VPN-ON-Demand behavior | APP_VX855-03994143 | | |
| 1126 | | | | 9/27 | 04/24/2013 - Apple website, "iOS 6.1: About VPN On Demand" | No Bates | | |
| 1127 | | | | 9/26 | 04/11/2013 - Email from Mark Moore to Jeremy Butcher regarding iOS for IT customer survey | APP_VX855-05671325-41 | | |
| 1132 | | | | 9/26 | April 2012 iPod Owner Study - Apple Market Research & Analysis | APP_VX855-00163574-809 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1133 | | | | 9/28 | FY13 - Q1 iPod Buyer Survey - Apple Market Research & Analysis | APP_VX855-00164467-587 | | |
| 1134 | | | | 9/28 | FY13 - Q3 iPod Buyer Survey - Apple Market Research & Analysis | APP_VX855-01019338-468 | | |
| 1135 | | | | 9/28 | FY13 - Q4 iPod Buyer Survey - Apple Market Research & Analysis | APP_VX855-01019561-688 | | |
| 1137 | | | | 9/26 | 09/17/2012 - Email from Gokul Thirumalai to FaceTime Server Stats Group regarding FaceTime Daily Automated Report | APP_VX855-00141899 | | |
| 1142 | | | | 9/26 | 04/01/2010 - Akamai IP Application Accelerator Form | APP_VX0824683-691 | | |
| 1155 | | | | 9/26 | Panzarino, Matthew, "iOS 6 Adoption at 25-35% After Just 48 Hours, Eclipsing iOS 5, Which Took 21 Days to Hit 21%," The Next Web, September 21, 2012 (http://thenextweb.com/apple/2012/09/21/ios-6-adoption-13-2-16-24-hours/). | No Bates | | |
| 1158 | | | | 9/26 | 10/00/2012 - Apple Market Research & Analysis - First-time iPod owners (US) | APP_VX855-00158619-APP_VX855-00158709 | | |
| 1159 | | | | 9/26 | FY10 - Q4 - Apple Market Research & Analysis - iPhone Buyer Survey | APP_VX855-00161430-APP_VX855-00161524 | | |
| 1160 | | | | 9/26 | 11/00/2012 - Apple Market Research & Analysis - iPod nano and iPod touch Early Buyer Survey (US) | APP_VX855-00163520-APP_VX855-00163573 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1163 | | | | 9/26 | FY12 - Q4 - Apple Market Research & Analysis - iPhone Buyer Survey | APP_VX855-00165184- APP_VX855-00165315 | | |
| 1164 | | | | 9/28 | FY12 - Q3 - Apple Market Research & Analysis - iPhone Buyer Survey | APP_VX855-00165624- APP_VX855-00165762 | | |
| 1169 | | | | 9/26 | AppleID screenshots | No Bates | | |
| 1171 | | | | 9/26 | FaceTime screenshots | No Bates | | |
| 1175 | | | | 9/26 | 12/03/2012 - The New iMac: Designed by Apple in California, Assembled in USA | No Bates | | |
| 1179 | | | | 9/26 | 06/00/2001 – DARPA paper [VNET00219243 – VNET00219246] | | | |
| 1180 | | | | 9/26 | 04/25/2006 Letter from SAIC to Microsoft re: U.S. Patent Number 6,502,135 | MSFTVX00160646- MSFTVX00160710 | | |
| 1181 | | | | 9/26 | 09/12/2006 Letter from Microsoft to SAIC re: U.S. Patent Number 6,502,135 | MSFTVX00160715 | | |

***The attached are exhibits which VirnetX, Inc. ("VirnetX") may offer at trial. VirnetX may decide not to offer certain of the listed exhibits into evidence, and some of the exhibits are contingent on what Defendant offers into evidence. The inclusion of an exhibit on this list does not constitute an admission that the exhibit would be admissible if offered by Defendant. VirnetX reserves the right to supplement or amend this exhibit list. VirnetX further reserves the right to offer into evidence any trial exhibit listed on Defendant's trial exhibit list. VirnetX also incorporates by reference the trial exhibits admitted in the '417 Case and identified at Dkt. No. 604.***