IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

VIRNETX INC. AND
SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION

v.

APPLE INC.

§
§
§
§
§
§
§
§

Civil Action No. 6:10-cv-417-RWS

Jury Trial Demanded

## DEFENDANT'S FINAL LIST OF ALL ADMITTED EXHIBITS - LIABILITY/DAMAGES

| PRESIDING JUDGE: The Honorable Robert W. Schroeder III | | PLAINTIFFS' ATTORNEY: B. Caldwell, J. Cassady, R. Bunt, T. Ward | DEFENDANT'S ATTORNEY: G. Arovas, R. Appleby, J. Heffernan, M. Jones |
|---|---|---|---|
| TRIAL DATE(S): September 26, 2016 | | COURT REPORTER: | COURTROOM DEPUTY: Betty Schroeder |

| Def. No. | Date Offered | Date Admitted | Description | Bates Number |
|---|---|---|---|---|
| DTX-0009 | 9/27/2016 | 9/27/2016 | Development and License Agreement between Apple Inc. and AirWatch LLC, dated 6/19/2013 | APP_VX855-00167563-APP_VX855-00167601 |
| DTX-0010 | 9/27/2016 | 9/27/2016 | Development and License Agreement between Apple Inc. and Aruba Networks Inc., dated 6/3/2011 | APP_VX0559940-APP_VX0559975 |
| DTX-0011 | 9/27/2016 | 9/27/2016 | Development and License Agreement between Apple Inc. and Check Point Software Technologies Ltd., dated 9/9/2011 | APP_VX855-00167602-APP_VX855-00167655 |

1

| | | | |
|---|---|---|---|
| DTX-0012 | 9/27/2016 | Development and License Agreement between Apple Inc. and Cisco Systems Inc., dated 3/25/2010 | APP_VX0460978-APP_VX0461017 |
| DTX-0013 | 9/27/2016 | Development and License Agreement between Apple Inc. and F5 Networks Inc., dated 11/12/2010 | APP_VX0559892-APP_VX0559939 |
| DTX-0014 | 9/27/2016 | Development and License Agreement between Apple Inc. and NetMotion Wireless Inc., dated 4/10/2013 | APP_VX855-00167656-APP_VX855-00167694 |
| DTX-0015 | 9/27/2016 | Development and License Agreement between Apple Inc. and OpenVPN Technologies Inc., dated 4/12/2012 | APP_VX855-00167695-APP_VX855-00167719 |
| DTX-0016 | 9/27/2016 | Development and License Agreement between Apple Inc. and Palo Alto Networks Inc., dated 6/21/2012 | APP_VX855-00167720-APP_VX855-00167751 |
| DTX-0017 | 9/27/2016 | Development and License Agreement between Apple Inc. and Sonicwall Inc., dated 6/3/2011 | APP_VX0559976-APP_VX0560018 |
| DTX-0018 | 9/27/2016 | Development and License Agreement between Juniper Networks, Inc. and Apple Inc., dated 1/21/2010 | APP_VX0031059-APP_VX0031103 |
| DTX-0019 | 9/27/2016 | License Agreement between Apple Inc. and Juniper Networks Inc., dated 12/22/2008 | APP_VX0031030-APP_VX0031058 |
| DTX-0026 | 9/27/2016 | Patent License Agreement between Apple Inc. and Silent River, LLC, dated 1/17/2013 | APP_VX855-00166455-APP_VX855-00166465 |
| DTX-0028 | 9/27/2016 | Settlement and License Agreement between Apple Inc. and Cisco Systems Inc., dated 11/15/2007 | APP_VX0460950-APP_VX0460977 |
| DTX-0037 | 9/27/2016 | *11 Years of Apple iPod*, PCMag.com, Available at http://www.pcmag.com/slideshow/story/289519/11-years-of-apple-ipod/7, dated 10/10/2012 | |
| DTX-0038 | 9/27/2016 | *Apple awarded 'Brand of the Year' for iPhone, iPad, and MacBook*, BGR Media, Available at: http://bgr.com/2013/07/26/apple-brand-of-the-year-award/, dated 7/26/2013 | |
| DTX-0052 | 9/27/2016 | Grossman, L., *Invention of the Year: The iPhone*, Time Magazine, Available at: http://content.time.com/time/specials/2007/article/0,28804,16 77329_1678542_1677891,00.html, dated 11/1/2007 | |

2

| | | | |
|---|---|---|---|
| DTX-0053 | 9/27/2016 | Raymond, J., *Traffic Analysis: Protocols, Attacks, Design Issues and Open Problems*, Zero Knowledge Systems, Inc., dated 12/19/2000 | |
| DTX-0105 | 9/27/2016 | Email E. Hendrick to W. Bond re VimetX, dated 6/18/2001 | S036779-S036779 |
| DTX-0107 | 9/27/2016 | Email from A. Vyrros to P. Gates re Holiday Stats, dated 1/9/2013 | APP_VX855-02901048-APP_VX855-02901048 |
| DTX-0121 | 9/27/2016 | Email from G. Munger to G. Blackburn re Feedback on IA BAA Award, dated 12/16/1998 | S003311-S003312 |
| DTX-0122 | 9/27/2016 | Email from G. Munger to S. Saydjari re NCS Follow-up (Dep. Ex. 129 - Short), dated 10/21/1990 | VX00063258-VX00063258 |
| DTX-0123 | 9/27/2016 | Email from Goblen to B. Miner re First Draft of smil brief, dated 6/17/2001 | S001248-S001248 |
| DTX-0124 | 9/27/2016 | Email from S. Mathur to B. Short, V. Larson, G. Munger re Qualcomm, dated 4/21/2009 | VNET00263936-VNET00263940 |
| DTX-0125 | 9/27/2016 | Letter from C. Fedde to E. Hendrick re SafeNet and .scom commercialization, dated 12/2/2002 | S034181-S034181 |
| DTX-0126 | 9/27/2016 | Memorandum for File re netEraser Briefing to Dr. Beyster, dated 2/22/2001 | VNET00012783-VNET00012784 |
| DTX-0155 | 9/27/2016 | Microsoft's weighted average cost of capital for the quarter ending September 30, 2014 from Bloomberg LP | |
| DTX-0167 | 9/27/2016 | netEraser™ FAQ Sheet, dated 6/6/2000 | VNET00041177-VNET00041178 |
| DTX-0172 | 9/30/2016 | Conrath, United States Patent No. 7,103,770 B2, dated 9/5/2006 | |
| DTX-0211 | 9/27/2016 | .scom™ network services enabled by netEraser™ technology, by SAIC, dated 12/26/2000 | S000674-S000704 |
| DTX-0218 | 9/27/2016 | iPad Tracking Study: FY10 - Q4 Report, Apple Market Research & Analysis, dated 10/2010 | APP_VX0703243-APP_VX0703393 |
| DTX-0220 | 9/27/2016 | iPod Early Buyer Survey, Apple Market Research & Analysis, dated 10/2010 | APP_VX0703861-APP_VX0703991 |
| DTX-0229 | 9/27/2016 | iPhone 4S Early Buyer Survey, Apple Market Research & Analysis, dated 11/2011 | APP_VX855-00162206-APP_VX855-00162247 |
| DTX-0230 | 9/27/2016 | iPad Tracking Study: FY12-Q4 Report, Apple Market Research & Analysis, dated 11/2012 | APP_VX855-00158098-APP_VX855-00158369 |

3

| | | | |
|---|---|---|---|
| DTX-0241 | 9/27/2016 | 9/27/2016 | MacBook Air Recent Buyer Research, Apple Market Research & Analysis, dated 12/2011 | APP_VX0815263-APP_VX0815370 |
| DTX-0255 | 9/27/2016 | 9/27/2016 | VirnetX Holding Corporation Company & Technology Overview, dated 2/27/2012 | VX00833013 |
| DTX-0257 | 9/27/2016 | 9/27/2016 | 2012 Performance Objectives | VX-ITC20002088-VX-ITC20002089 |
| DTX-0275 | 9/27/2016 | 9/27/2016 | iPod Owner Study, Apple Market Research & Analysis, dated 4/2012 | APP_VX855-00163574-APP_VX855-00163809 |
| DTX-0291 | 9/27/2016 | 9/27/2016 | Presentation: Apple Customer Panel: Mac Home Usage Survey, Apple Market Research & Analysis June 2012 | APP_VX855-00164795-APP_VX855-00164938 |
| DTX-0292 | 9/27/2016 | 9/27/2016 | .scom Instant Secure Connect (ISC) Applications to 'Internetted Warfare' with .smil and .sgov by VirnetX, dated 6/2001 | S001249-S001293 |
| DTX-0311 | 9/27/2016 | 9/27/2016 | iPad Tracking Study: FY11 - Q3 Report, Apple Market Research & Analysis, dated 8/2011 | APP_VX0814241-APP_VX0814444 |
| DTX-0335 | 9/27/2016 | 9/27/2016 | iPhone Buyer Survey: FY12 - Q1, Apple Market Research & Analysis, dated 9/19/2012 | APP_VX855-00165429-APP_VX855-00165486 |
| DTX-0349 | 9/27/2016 | 9/27/2016 | Apple Customer Panel: FaceTime Survey, Apple Market Research & Analysis February 2013 | APP_VX855-00163284-APP_VX855-00163334 |
| DTX-0351 | 9/27/2016 | 9/27/2016 | Introducing iPhone 3G S - The Fastest, Most Powerful iPhone yet | APP_VX0612110-APP_VX0612116 |
| DTX-0354 | 9/27/2016 | 9/27/2016 | iPhone and iPad in Business | APP_VX855-00142485-APP_VX855-00142642 |
| DTX-0355 | 9/27/2016 | 9/27/2016 | iPhone and iPad in Business, Apple Inc. | APP_VX0691176-APP_VX0691268 |
| DTX-0365 | 9/27/2016 | 9/27/2016 | iPhone Buyer Survey: FY10 - Q4, Apple Market Research & Analysis | APP_VX855-00161430-APP_VX855-00161524 |
| DTX-0374 | 9/27/2016 | 9/27/2016 | iPhone Buyer Survey: FY13 - Q2, Apple Market Research & Analysis | APP_VX855-01018389-APP_VX855-01018549 |
| DTX-0377 | 9/27/2016 | 9/27/2016 | iPod Buyer Survey, Apple Market Research & Analysis FY13 - Q4 (July, August, September) | APP_VX855-01019561-APP_VX855-01019688 |
| DTX-0385 | 9/27/2016 | 9/27/2016 | iPod Buyer Survey: FY11 - Q3, Apple Market Research & Analysis | APP_VX855-00160475-APP_VX855-00160600 |

4

| | | | |
|---|---|---|---|
| DTX-0394 | 9/27/2016 | iPod Buyer Survey: FY13 - Q1, Apple Market Research & Analysis | APP_VX855-00164467-APP_VX855-00164587 |
| DTX-0416 | 9/27/2016 | VirnetX First Round Capital Raising, Assement of Response from Potential VC Investors, by Cambridge Strategic Management Group, dated 5/21/2001 | VX00265442-VX00265471 |
| DTX-0417 | 9/27/2016 | VirnetX Instant Secure Connect (ISC) with Denial of Service Protection by G. Munger, B. Short and V. Larson, dated 9/2001 | VNET00029078-VNET00029102 |
| DTX-0418 | 9/27/2016 | VirnetX Instant Secure Connect Know How Documentation by VirnetX | S094178-S094267 |
| DTX-0425 | 9/27/2016 | Apple Launches iPad 2, Available at: http://www.apple.com/pr/library/2011/03/02Apple-Launches-iPad-2.html, dated 3/2/2011 | |
| DTX-0426 | 9/27/2016 | Apple Launches iPad, Available at: http://www.apple.com/pr/library/2010/01/27Apple-Launches-iPad.html, dated 1/27/2010 | |
| DTX-0432 | 9/27/2016 | Mac OS X Lion Available Today from the Mac App Store, Available at: http://www.apple.com/pr/library/2011/07/20Mac-OS-X-Lion-Available-Today-From-the-Mac-App-Store.html, dated 7/20/2011 | |
| DTX-0435 | 9/27/2016 | New Version of iOS Includes Notification Center, iMessage, Newsstand, Twitter Integration Among 200 New Features, Available at: http://www.apple.com/pr/library/2011/06/06New-Version-of-iOS-Includes-Notification-Center-Message-Newsstand-Twitter-Integration-Among-200-New-Features.html, dated 6/6/2011 | |
| DTX-0436 | 9/27/2016 | Smartphone Battery Life Has Become a Significant Drain on Customer Satisfaction and Loyalty, J.D. Power, dated 3/15/2012 | |
| DTX-0437 | 9/27/2016 | Product Brief: iOS 5 (Telluride) v1.1, dated 10/16/2012 | APP_VX855-00085523-APP_VX855-00085548 |

5

| | | | |
|---|---|---|---|
| DTX-0438 | 9/27/2016 | Product Brief: iOS 6 (Sundance) v1.0, dated 4/11/2012 | APP_VX855-00086406-APP_VX855-00086426 |
| DTX-0446 | 9/27/2016 | Business Conduct, The way we do business worldwide, dated 12/2012 | APP_VX855-00602058-APP_VX855-00602074 |
| DTX-0451 | 9/27/2016 | A Brief History of Research In Motion, Investor Place, Available at: http://investorplace.com/2013/01/a-brief-history-of-research-in-motion/, dated 1/29/2013 | |
| DTX-0453 | 9/27/2016 | AT&T Internet Services Legal Guidelines | APP_VX855-05689206-APP_VX855-05689209 |
| DTX-0454 | 9/27/2016 | AT&T Southwest Telephone Subpoena Guidelines | APP_VX855-05689210-APP_VX855-05689215 |
| DTX-0457 | 9/27/2016 | Comcast Cable Law Enforcement Handbook, Version 2/12, dated 2/2012 | APP_VX855-05689086-APP_VX855-05689118 |
| DTX-0458 | 9/27/2016 | Concept 2: Building and Testing the Most Secure LAN and WAN with Internet Access, by SAIC, dated 7/8/1999 | S007646-S007695 |
| DTX-0461 | 9/27/2016 | Deploying iPhone and iPad: Security Overview, Apple, Available at: https://ssl.apple.com/ca/ipad/business/docs/iOS_Security_Ma r12.pdf), dated 3/2012 | |
| DTX-0463 | 9/27/2016 | Larson, V., et al., *Gabriel Beta Technical Description*, Version .05, dated 1/13/2010 | VX00096509-VX00096527 |
| DTX-0464 | 9/27/2016 | Gabriel Secure DNS Services | VNET00243189-VNET00243195 |
| DTX-0466 | 9/27/2016 | Guide to Protecting the Confidentiality of Personally Identifiable Information (PII), Special Publication No. 800-122 by National Institute of Standards and Technology, dated 4/2010 | |
| DTX-0469 | 9/30/2016 | Ioannidis, J. and Blaze, M., *Internet Draft of the swIPe IP Security Protocol*, dated 12/3/1993 | |
| DTX-0470 | 9/27/2016 | iPhone 4 Reviewer's Guide, dated 6/2010 | APP_VX0566587-APP_VX0566607 |
| DTX-0471 | 9/27/2016 | iPhone in Business Sales Guide, dated 6/2012 | APP_VX855-00147256-APP_VX855-00147277 |

6

| | | | | |
|---|---|---|---|---|
| DTX-0472 | 9/27/2016 | 9/27/2016 | iPhone OS Enterprise Deployment Guide, Apple, Available at: http://www.o2.cz/_pub/f8/4/99/121936_251432_iPhone_Enterprise.pdf | APP_VX0001062-APP_VX0001151 |
| DTX-0473 | 9/27/2016 | 9/27/2016 | iPhone OS Enterprise Deployment Guide, Second Edition, Version 3.2 or Later, dated 2010 | |
| DTX-0475 | 9/27/2016 | 9/27/2016 | Larson, V. et al., netEraser™ with .scom™ Services - An Overview | S003143-S003152 |
| DTX-0483 | 9/30/2016 | 9/30/2016 | Mockapetris, P., Request for Comments No. 1035 - Domain Names - Implementation and Specification, dated 11/1987 | 337-TA-858-IETF00074-337-TA-858-IETF00125 |
| DTX-0497 | 9/30/2016 | 9/30/2016 | Eastlake, D., Request for Comments No. 2535 - Domain Name System Security Extensions, dated 3/1999 | 337-TA-858-IETF01574-337-TA-858-IETF01617 |
| DTX-0498 | 9/27/2016 | 9/27/2016 | Handley, M., et al., Request for Comments No. 2543 - SIP: Session Initiation Protocol, Networking Group, dated 3/1999 | 337-TA-858-IETF01647-337-TA-858-IETF01789 |
| DTX-0499 | 9/27/2016 | 9/27/2016 | Srisuresh, P., et al., Request for Comments No. 2663 - IP Network Address Translator (NAT) Terminology and Considerations, dated 8/1999 | APP_VX855-00000507-APP_VX855-00000536 |
| DTX-0500 | 9/27/2016 | 9/27/2016 | Baugher, M., et al., Request for Comments No. 3711 - The Secure Real-Time Transport Protocol (SRTP), dated 3/2004 | DEF053704-DEF053760 |
| DTX-0506 | 9/27/2016 | 9/27/2016 | SIP:Session Initiation Protocol, Network Working Group, Available at: https://www.ietf.org/rfc/rfc2543.txt, dated 3/1999 | |
| DTX-0574 | 9/27/2016 | 9/27/2016 | Relay Invitation Protocol from PEP-Dev Wiki, dated 3/11/2011 | APP_VX855-02179045-APP_VX855-02179054 |
| DTX-0576 | 9/27/2016 | 9/27/2016 | iPhone 4 Review, Available at: http://www.engadget.com/2010/06/22/iphone-4-review/, dated 6/22/2010 | APP_VX855-00162189-APP_VX855-00162205 |
| DTX-0577 | 9/27/2016 | 9/27/2016 | Apple iPhone 4, Available at: http://www.wired.com/reviews/product/pr_iphone_4, dated 6/25/2010 | APP_VX855-00162184-APP_VX855-00162188 |

7

| | | | |
|---|---|---|---|
| DTX-0581 | 9/27/2016 | 9/27/2016 | 9to5 Mac, Here's how much data 3G FaceTime uses, Available at: http://9to5mac.com/2010/08/02/heres-how-much-data-3g-facetime-uses/, dated 8/2/2010 | |
| DTX-0590 | 9/27/2016 | 9/27/2016 | Apple Announces the New iPhone 3GS—The Fastest, Most Powerful iPhone Yet," Apple press release Available at: https://www.apple.com/pr/library/2009/06/08Apple-Announces-the-New-iPhone-3GS-The-Fastest-Most-Powerful-iPhone-Yet.html, dated 6/8/2009 | |
| DTX-0591 | 9/27/2016 | 9/27/2016 | Apple Support, OS X Lion – Technical Specifications, Available at: http://support.apple.com/kb/sp629 | |
| DTX-0593 | 9/27/2016 | 9/27/2016 | Apple, iPad 2 Features, Available at: https://web.archive.org/web/20111214091752/http://www.apple.com/ipad/features/ | |
| DTX-0601 | 9/27/2016 | 9/27/2016 | Apple, iPhone 5 Features, Available at: https://web.archive.org/web/20121003235643/http://www.apple.com/iphone/features/ | |
| DTX-0604 | 9/27/2016 | 9/27/2016 | Apple, OS X Mountain Lion: Set up a connection to a virtual private network, Available at: http://support.apple.com/kb/ph11067 | |
| DTX-0606 | 9/27/2016 | 9/27/2016 | Avaya, Avaya Aura Communication Manager, Available at: https://support.avaya.com/products/P0001/avaya-aura-communication-manager/ | |
| DTX-0607 | 9/27/2016 | 9/27/2016 | Avaya, Company Overview, Available at: http://www.avaya.com/usa/about-avaya/ourcompany/company_overview/company-overview | |
| DTX-0608 | 9/27/2016 | 9/27/2016 | Avaya, Conference Phones, Available at: http://www.avaya.com/usa/product/phones/conferencephones | |
| DTX-0609 | 9/27/2016 | 9/27/2016 | Avaya, Desktop Phones, Available at: http://www.avaya.com/usa/product/phones/desktopphones | |
| DTX-0629 | 9/27/2016 | 9/27/2016 | Identity Protocol, Available at: https://eightball.apple.com/wiki/index.php/Identity_Protocol, dated 10/10/2013 | APP_VX855-00157345-APP_VX855-00157358 |

8

| | | |
|---|---|---|
| DTX-0637 | 9/27/2016 | Introducing iPhone 3GS, Apple Available at: https://web.archive.org/web/20091004175759/https://www.apple.com/iphone/iphone-3gs/ |
| DTX-0639 | 9/27/2016 | Apple, iOS 4 Software Update, Available at: http://www.apple.com/iphone/softwareupdate/ |
| DTX-0644 | 9/27/2016 | Apple, iPad - Technical Specifications, Available at: http://support.apple.com/kb/sp580 |
| DTX-0645 | 9/27/2016 | Apple, iPad 2 - Technical Specifications, Available at: http://support.apple.com/kb/sp622 |
| DTX-0646 | 9/27/2016 | Apple, iPad 3 Technical Specifications, Available at: https://web.archive.org/web/20120630171139/http://www.apple.com/ipad/specs/ |
| DTX-0647 | 9/27/2016 | Apple, iPad 3 Features, Available at: https://web.archive.org/web/20120630171910/http://www.apple.com/ipad/features/ |
| DTX-0651 | 9/27/2016 | Apple, iPad Features, Available at: https://web.archive.org/web/20101201100501/http://www.apple.com/ipad/features/ |
| DTX-0653 | 9/27/2016 | Apple, iPad mini Design, Available at: https://web.archive.org/web/20121221063801/http://www.apple.com/ipad-mini/design/ |
| DTX-0654 | 9/27/2016 | Apple, iPad mini Features, Available at: https://web.archive.org/web/20121221063835/http://www.apple.com/ipad-mini/features/ |
| DTX-0655 | 9/27/2016 | Apple, iPad mini Technical Specification, Available at: https://web.archive.org/web/20121221131519/https://www.apple.com/ipad-mini/specs/ |
| DTX-0656 | 9/27/2016 | Apple, iPad with Retina Display Features, Available at: https://web.archive.org/web/20130314175334/http://www.apple.com/ipad/features/ |
| DTX-0657 | 9/27/2016 | Apple, iPad with Retina Display iOS, Available at: https://web.archive.org/web/20130314175249/http://www.apple.com/ipad/ios |

| | | | |
|---|---|---|---|
| DTX-0658 | 9/27/2016 | 9/27/2016 | Apple, iPhone 5 Tech Specs, Available at: https://web.archive.org/web/20121003235810/http://www.apple.com/iphone/specs.html |
| DTX-0670 | 9/27/2016 | 9/27/2016 | Apple Ranks Highest in Customer Satisfaction among Smartphone Manufacturers, While LG Ranks Highest Among Traditional Mobile Phone Manufacturers, J.D. Power, Available at: http://www.jdpower.com/press-releases/2013-us-wireless-smartphone-satisfaction-study-volume-1-and-2013-us-wireless | |
| DTX-0673 | 9/27/2016 | 9/27/2016 | Mac App Store, Face Time Mac App Store Preview, Available at:https://itunes.apple.com/us/app/FaceTime/id414307850?mt=12 | |
| DTX-0677 | 9/27/2016 | 9/27/2016 | Mitel, About Mitel, Available at: http://aboutus.mitel.com/content/default.aspx?NewsAreaId=26 | |
| DTX-0679 | 9/27/2016 | 9/27/2016 | NEC, Product Features, Available at: http://www.necam.com/specs/DesktopIPTerminals/DesktopIPTerminals_Features.asp | |
| DTX-0680 | 9/27/2016 | 9/27/2016 | NEC, Products, Available at: http://th.nec.com/en_TH/product/telephony/pbx/sv8500.html | |
| DTX-0681 | 9/27/2016 | 9/27/2016 | Not Just AstLinux Stuff, Apple's New Facetime - a SIP Perspective, Available at: http://blog.krisk.org/2013/09/apples-new-facetime-sip-perspective.html, dated 2/26/2015 | |
| DTX-0682 | 9/27/2016 | 9/27/2016 | Novell Documentation for BorderManager Enterprise Edition 3.5, Available at: http://www.novell.com/documentation, dated 3/3/2008 | VNET00219644-VNET00219787 |
| DTX-0685 | 9/27/2016 | 9/27/2016 | Packetstan, Special Look - Face Time, Part 1: Introduction, Available at: http://www.packetstan.com/2010/07/special-look-face-time-part-1.html, dated 7/6/2010 | |

| | | | |
|---|---|---|---|
| DTX-0686 | 9/27/2016 | 9/27/2016 | Packetstan, Special Look - Face Time, Part 2: SIP and Data Streams, Available at: http://www.packetstan.com/2010/07/special-look-face-time-part-2-sip-and.html, dated 7/7/2010 | |
| DTX-0687 | 9/27/2016 | 9/27/2016 | Packetstan, Special Look - Face Time, Part 3: Call Connection Initialization, Available at: http://www.packetstan.com/2010/07/special-look-face-time-part-3-call.html, dated 7/9/2010 | |
| DTX-0689 | 9/27/2016 | 9/27/2016 | Relay Invitation Protocol, Available at: https://eightball.apple.com/wiki/index.php/Relay_Invitation_Protocol, dated 10/10/2013 | APP_VX855-00157361-APP_VX855-00157370 |
| DTX-0697 | 9/27/2016 | 9/27/2016 | TechRadar, HTC One Wins Big at the T3 Awards, Available at: http://www.techradar.com/us/news/world-of-tech/htc-one-wins-big-at-the-t3-awards-1186158 | |
| DTX-0702 | 9/30/2016 | 9/30/2016 | Time Warner Cable Guidelines for submitting lawful requests, Available at: http://help.twcable.com/subpoena-compliance.html, dated 7/9/2015 | APP_VX855-05689124-APP_VX855-05689125 |
| DTX-0703 | 9/30/2016 | 9/30/2016 | Time Warner Cable Legal Compliance, Available at: http://help.twcable.com/lawful-requests-guidelines.html#section10, dated 7/9/2015 | APP_VX855-05689119-APP_VX855-05689123 |
| DTX-0705 | 9/30/2016 | 9/30/2016 | Tor Project Overview, Available at: https://www.torproject.org/about/overview.html.en, dated 2/26/2015 | |
| DTX-0706 | 9/30/2016 | 9/30/2016 | Tor Project, Tor Project, Available at: https://www.torproject.org/index.html.en | |
| DTX-0713 | 9/27/2016 | 9/27/2016 | Unify, OpenStage, Available at: http://wiki.unify.com/wiki/OpenStage | |
| DTX-0714 | 9/27/2016 | 9/27/2016 | Venice Authentication from PEP-Dev Wiki, Available at: https://eightball.apple.com/wiki/index.php/Venice_Authentication, dated 10/10/2013 | APP_VX855-00157371-APP_VX855-00157372 |
| DTX-0715 | 9/27/2016 | 9/27/2016 | Venice Profile Page Protocol, Available at: https://eightball.apple.com/wiki/index.php/Venice_Profile_Page_Protocol, dated 10/10/2013 | APP_VX855-00157382-APP_VX855-00157385 |

11

| Exhibit | Date | Description | Bates Range |
|---|---|---|---|
| DTX-0716 | 9/27/2016 | Venice Profile Protocol, Available at: https://eightball.apple.com/wiki/index.php/Venice_Profile_Protocol, dated 10/10/2013 | APP_VX855-00157386-APP_VX855-00157396 |
| DTX-0717 | 9/27/2016 | Venice Registration Protocol, Available at: https://eightball.apple.com/wiki/index.php/Venice_Registration_Protocol, dated 10/10/2013 | APP_VX855-00157404-APP_VX855-00157413 |
| DTX-0739 | 9/27/2016 | Professional Services Contract Number Q4-02 and In-Q-It, Inc. Incubator Technology Proposal Final Submission Concept 2: Building and Testing the Most Secure LAN and WAN with Internet Access, dated 9/8/1999 | S041016-S041093 |
| DTX-0740 | 9/27/2016 | Gabriel Connection Technology Beta - Users Guide, dated 6/19/2008 | VNET00238223-VNET00238235 |
| DTX-0743 | 9/27/2016 | VirnetX Business Summary, dated 3/2000 | S257041-S257051 |
| DTX-0747 | 9/27/2016 | Email from Hendrick to J. Martin re Security, dated 6/21/2001 | S001240-S001241 |
| DTX-0749 | 9/27/2016 | Email from V. Larson to B. Short re SIP Secure, dated 11/8/2005 | S200409-S200409 |
| DTX-0750 | 9/27/2016 | Email from V. Larson to G. Munger and B. Short re Dns Proxy Functionality/Wildcards for Next Release and a Few Interesting Articles, dated 5/9/2008 | VNET00224410-VNET00224411 |
| DTX-0757 | 9/27/2016 | DRAFT netEraser Overview for JRB, dated 4/27/2000 | VNET00167288-VNET00167310 |
| DTX-0758 | 9/27/2016 | Home Land Security Internet System for Privacy and Denial-of-Service Protection, dated 10/2001 | VNET00029159-VNET00029179 |
| DTX-0759 | 9/27/2016 | In-Q-Net Review and Demonstration, 12/7/1999 | S004749-S004789 |
| DTX-0760 | 9/27/2016 | VirnetX Final Review and Demonstration (Milestone 20), dated 3/6/2001 | VNET00076799-VNET00076827 |
| DTX-0761 | 9/27/2016 | VirnetX MILCOM Discussion, dated 7/13/2001 | S001138-S001167 |
| DTX-0762 | 9/27/2016 | External Intellectual Property Review/Patent Search Policy | VX00108606-VX00108606 |
| DTX-0763 | 9/27/2016 | In-Q-It, Inc. Incubator Technology Proposal Final Submission Concept 2: Building and Testing the Most Secure LAN and WAN with Internet Access, dated 7/8/1999 | S078687-S078736 |

| | | | |
|---|---|---|---|
| DTX-0764 | | 9/27/2016 | In-Q-Tel Incubator Technology Pre-Proposal Concept 2: Building and Testing the Most Secure LAN and WAN With Internet Access, dated 6/7/1999 | VX00061821-VX00061850 |
| DTX-0765 | 9/27/2016 | 9/27/2016 | In-Q-Tel Portfolio Summary January 2001 | VX00440563-VX00440578 |
| DTX-0766 | 9/27/2016 | 9/27/2016 | In-Q-Tel Portfolio Summary March and April 2001 | VX00440583-VX00440599 |
| DTX-0767 | 9/27/2016 | 9/27/2016 | VirnetX Business Plan, dated 4/29/2005 | VNET00019288-VNET00019341 |
| DTX-0768 | 9/27/2016 | 9/27/2016 | VirnetX The Secure Real Time Communication & Collaboration Company Business Plan | VX00224614-VX00224669 |
| DTX-0769 | 9/27/2016 | 9/27/2016 | Apple Source Code | |
| DTX-0770 | 9/27/2016 | 9/27/2016 | VirnetX Source Code | |
| DTX-0771 | 9/27/2016 | 9/27/2016 | VirnetX Technology Commercialization Opportunity, dated 4/7/2005 | VNET00018626-VNET00018630 |
| DTX-0772 | 9/27/2016 | 9/27/2016 | VirnetX Gabriel Source Code | VX_SOURCECODE-0000001-VX_SOURCECODE-0000215 |
| DTX-0773 | 9/27/2016 | 9/27/2016 | Test: Experiment1.pcapng | |
| DTX-0774 | 9/27/2016 | 9/27/2016 | Test: Experiment2.pcapng | |
| DTX-0775 | 9/27/2016 | 9/27/2016 | Test: Experiment1.pcapng | |
| DTX-0776 | 9/27/2016 | 9/27/2016 | Test: Experiment4.pcapng | |
| DTX-0777 | 9/27/2016 | 9/27/2016 | Test: FaceTime Packet Capture Screenshot | |
| DTX-0778 | 9/27/2016 | 9/27/2016 | Test: Experiment1.pcapng Screenshot | |
| DTX-0779 | 9/27/2016 | 9/27/2016 | Test: Experiment4.pcapng Screenshot | |
| DTX-0780 | 9/27/2016 | 9/27/2016 | Test: FaceTime Packet Capture Screenshot | |
| DTX-0781 | 9/27/2016 | 9/27/2016 | Test: FaceTime Packet Capture Screenshot | |
| DTX-0782 | 9/27/2016 | 9/27/2016 | Test: FaceTime Packet Capture Screenshot | |
| DTX-0785 | 9/27/2016 | 9/27/2016 | Test: FaceTime Packet Capture Screenshot | |
| DTX-0800 | 9/27/2016 | 9/27/2016 | Innovation 2006, The Boston Consulting Group Senior Management Survey | |
| DTX-0801 | 9/27/2016 | 9/27/2016 | Innovation 2007, The Boston Consulting Group Senior Management Survey | |
| DTX-0802 | 9/27/2016 | 9/27/2016 | Innovation 2008 - Is the Tide Turning?, The Boston Consulting Group Senior Management Survey | |

13

| ID | Date | Date | Description | Bates |
|---|---|---|---|---|
| DTX-0803 | 9/27/2016 | 9/27/2016 | Innovation 2009 - Making the Hard Decisions I the Downturn, The Boston Consulting Group Senior Management Survey | |
| DTX-0804 | 9/27/2016 | 9/27/2016 | Innovation 2010 - A Return to Prominence-and the Emergence of a New World Order, The Boston Consulting Group Senior Management Survey | |
| DTX-0805 | 9/27/2016 | 9/27/2016 | The Most Innovative Companies 2013, The Boston Consulting Group | |
| DTX-0806 | 9/27/2016 | 9/27/2016 | The Most Innovative Companies 2014 - Breaking Through is Hard to Do, The Boston Consulting Group | |
| DTX-0807 | 9/27/2016 | 9/27/2016 | The Most Innovative Companies 2012, The Boston Consulting Group | |
| DTX-0808 | 9/27/2016 | 9/27/2016 | Gadget of the Year - Apple iPhone, Time Magazine, available at: http://content.time.com/time/specials/2007/article/0,28804,16 77329_1677346_1677348,00.html | |
| DTX-0813 | 9/27/2016 | 9/27/2016 | Rosenberg, J., Request for Comments No. 5245 - Interactive Connectivity Establishment (ICE): A Protocol for Network Address Translator (NAT) Traversal for Offer/Answer Protocols, dated 4/2010 | APP_VX0000568-APP_VX0000685 |
| DTX-0814 | 9/27/2016 | 9/27/2016 | Rosenberg, J., et al., Request for Comments No. 5389 - Session Traversal Utilities for NAT (STUN), dated 10/2008 | APP_VX0000459-APP_VX0000510 |
| DTX-0816 | 9/27/2016 | 9/27/2016 | Handley, M., et al., Request for Comments No. 2327 - SDP: Session Description Protocol, dated 4/1998 | APP_VX0556488-APP_VX0556530 |
| DTX-0817 | 9/27/2016 | 9/27/2016 | Rosenberg, J., and Schulzrinne, H., Request for Comments No. 3264 - An Offer/Answer Model with the Session Description Protocol (SDP), dated 6/2002 | DEF051323-DEF051348 |
| DTX-0823 | 9/27/2016 | 9/27/2016 | VirnetX Beta System Feasibility Design Report Version 1.0 by Science Applications International Corporation (SAIC), dated 2/15/2006 | VNET00170920-VNET00170954 |
| DTX-0824 | 9/27/2016 | 9/27/2016 | Email from V. Larson to G. Munger re Gen1++ Market Storyboard, dated 8/15/2007 | VNET00232455-VNET00232457 |
| DTX-0878 | 9/27/2016 | 9/27/2016 | Physical Exhibit: Exemplary iPhone Model(s) | |

| | | | |
|---|---|---|---|
| DTX-0879 | 9/27/2016 | Physical Exhibit: Exemplary iPad Model(s) | |
| DTX-0880 | 9/27/2016 | Physical Exhibit: Exemplary iPod Touch Model(s) | |
| DTX-0881 | 9/27/2016 | Physical Exhibit: Exemplary MacBook Model(s) | |
| DTX-0883 | 9/27/2016 | Apple Produced Source Code | APP_VX855-SC-0000001-APP_VX855-SC-0005732 |
| DTX-0885 | 9/27/2016 | The DoD Information Infrastructure and Network Cloacking ("Casper"), Science Applications International Corporation, date 9/1998 | VNET00121274-VNET00121318 |
| DTX-0886 | 9/27/2016 | Face-Time Connection Low Level Design v0.1 | APP_VX0014004-APP_VX0014019 |
| DTX-0887 | 9/27/2016 | FT Connection Call Flows Review | APP_VX0014020-APP_VX0014026 |
| DTX-0888 | 9/27/2016 | Securing FaceTime Chat between iOS and iOS (current 4.0) | APP_VX0014054 |
| DTX-0890 | 9/27/2016 | The Most Innovative Companies 2015 - Four Factors That Differentiate Leaders, The Boston Consulting Group | |
| DTX-0919.01 | 9/27/2016 | Exhibit 1 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 | |
| DTX-0919.02 | 9/27/2016 | Exhibit 1.1 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 | |
| DTX-0919.03 | 9/27/2016 | Exhibit 2 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 | |
| DTX-0919.05 | 9/27/2016 | Exhibit 3 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 | |
| DTX-0919.06 | 9/27/2016 | Exhibit 3.1 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 | |
| DTX-0919.07 | 9/27/2016 | Exhibit 3.2 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 | |

| | | |
|---|---|---|
| DTX-0919.08 | 9/27/2016 | Exhibit 3.3 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.09 | 9/27/2016 | Exhibit 3.4 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.10 | 9/27/2016 | Exhibit 4 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.11 | 9/27/2016 | Exhibit 4.1 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.12 | 9/27/2016 | Exhibit 4.2 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.13 | 9/27/2016 | Exhibit 4.3 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.14 | 9/27/2016 | Exhibit 4.4 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.15 | 9/27/2016 | Exhibit 4.5 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.16 | 9/27/2016 | Exhibit 4.6 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.17 | 9/27/2016 | Exhibit 4.7 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/29/2016 |
| DTX-0919.19 | 9/29/2016 | Exhibit 6 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 |

| | | |
|---|---|---|
| DTX-0919.20 | 9/27/2016 | Exhibit 7 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.21 | 9/27/2016 | Exhibit 7.1 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.22 | 9/27/2016 | Exhibit 7.2 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.23 | 9/27/2016 | Exhibit 7.3 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.24 | 9/27/2016 | Exhibit 7.4 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.25 | 9/27/2016 | Exhibit 8 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.26 | 9/27/2016 | Exhibit 8.1 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.27 | 9/27/2016 | Exhibit 8.2 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.28 | 9/27/2016 | Exhibit 8.3 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.29 | 9/27/2016 | Exhibit 8.4 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |
| DTX-0919.30 | 9/27/2016 | Exhibit 8.5 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 9/27/2016 |

| | | |
|---|---|---|
| DTX-0919.31 | 9/27/2016 | Exhibit 8.6 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 |
| DTX-0919.32 | 9/27/2016 | Exhibit 8.7 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 |
| DTX-0919.33 | 9/27/2016 | Exhibit 8.8 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 |
| DTX-0919.34 | 9/27/2016 | Exhibit 8.9 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 |
| DTX-0919.35 | 9/27/2016 | Exhibit 9 from Third Supplemental Rebuttal Expert Report regarding Damages of W. Christopher Bakewell, in VirnetX Inc. v. Apple, C.A. No. 10-cv-417, dated 8/31/2016 |
| DTX-0919.36 | 9/27/2016 | Exhibit 9.1 from Supplemental Rebuttal Expert Report of W. Christopher Bakewell regarding Damages, VirnetX Inc., v. Apple Inc., C.A. No. 12-cv-855, dated 8/7/2015 |
| DTX-0919.37 | 9/27/2016 | Exhibit 9.2 from Supplemental Rebuttal Expert Report of W. Christopher Bakewell regarding Damages, VirnetX Inc., v. Apple Inc., C.A. No. 12-cv-855, dated 8/7/2015 |
| DTX-0919.38 | 9/27/2016 | Exhibit 9.3 from Supplemental Rebuttal Expert Report of W. Christopher Bakewell regarding Damages, VirnetX Inc., v. Apple Inc., C.A. No. 12-cv-855, dated 8/7/2015 |
| DTX-0919.39 | 9/27/2016 | Exhibit 9.4 from Supplemental Rebuttal Expert Report of W. Christopher Bakewell regarding Damages, VirnetX Inc., v. Apple Inc., C.A. No. 12-cv-855, dated 8/7/2015 |
| DTX-0919.40 | 9/27/2016 | Exhibit 10 from Supplemental Rebuttal Expert Report of W. Christopher Bakewell regarding Damages, VirnetX Inc., v. Apple Inc., C.A. No. 12-cv-855, dated 8/7/2015 |
| DTX-0919.42 | 9/29/2016 | Exhibit 12 from Supplemental Rebuttal Expert Report of W. Christopher Bakewell regarding Damages, VirnetX Inc., v. Apple Inc., C.A. No. 12-cv-855, dated 8/7/2015 |

| | | |
|---|---|---|
| DTX-0927 | 9/30/2016 | Sherr, M., *Coordinate-Based Routing for High Performance Anonymity*, University of Pennsylvania, 2009 |
| DTX-0928 | 9/29/2016 | *U.S. Digital Future in Focus 2014*, ComScore |