IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 6:10-cv-00417-RWS |
| | § | |
| APPLE INC., | § | |
| | § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |

# VERDICT FORM

In answering these questions, you are to follow all of the instructions provided by the Court in the Court's jury instructions. Your answers to each question must be unanimous.

As used herein, " '504 patent" means U.S. Patent No. 7,418,504 and " '211 patent" means U.S. Patent No. 7,921,211.

**QUESTION 1:**

Did VirnetX prove by a preponderance of the evidence that Apple's FaceTime infringed any of the following claims of VirnetX's '504 and '211 patents?

**Answer "Yes" or "No" for each Claim.**

'504 Patent

Claim 1     yes
Claim 2     yes
Claim 5     yes
Claim 27    yes

'211 Patent

Claim 36    yes
Claim 47    yes
Claim 51    yes

*CONTINUE ON TO NEXT PAGE*

Page 1 of 2

**QUESTION 2:**

What sum of money did VirnetX prove by a preponderance of the evidence would fairly and reasonably compensate VirnetX for Apple's infringement by VPN On Demand and infringement, if any, by FaceTime?

Amount: $ 302,427,950

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence as instructed for each question.

Date: 9-30-16                           By: ███████████████

                                            **JURY FOREPERSON**