**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| VIRNETX INC. and SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,  §§§§§ | |
| Plaintiffs,  § | CAUSE NO. 6:10-CV-417 |
| vs.  §§§ | |
| APPLE INC.,  §§ | |
| Defendant.  §§§ | |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision has been duly rendered as to all claims. Consistent with the Memorandum Opinion and Order entered this date, the Court hereby **ENTERS FINAL JUDGMENT** as to this case. All remaining pending motions are **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

**So ORDERED and SIGNED this 29th day of September, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE