NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**VIRNETX INC., LEIDOS, INC.,**
*Plaintiffs-Appellees*

v.

**CISCO SYSTEMS, INC.,**
*Defendant*

**APPLE INC.,**
*Defendant-Appellant*

_____

2018-1197

_____

Appeal from the United States District Court for the Eastern District of Texas in No. 6:10-cv-00417-RWS, Judge Robert Schroeder, III.

_____

**JUDGMENT**

_____

JEFFREY A. LAMKEN, MoloLamken LLP, Washington, DC, argued for all plaintiffs-appellees. Plaintiff-appellee VirnetX Inc. also represented by JAMES A. BARTA, RAYINER HASHEM, MICHAEL GREGORY PATTILLO, JR.; ALLISON MILEO GORSUCH, New York, NY; BRADLEY WAYNE CALDWELL, JASON DODD CASSADY, JOHN AUSTIN CURRY, Caldwell Cassady & Curry, Dallas, TX.

Donald Santos Urrabazo, Urrabazo Law, P.C., Los Angeles, CA, for plaintiff-appellee Leidos, Inc. Also represented by Andy Tindel, Mann, Tindel & Thompson, Tyler, TX.

William F. Lee, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for defendant-appellant. Also represented by Rebecca A. Bact, Mark Christopher Fleming, Lauren B. Fletcher; Thomas Gregory Sprankling, Palo Alto, CA; Brittany Blueitt Amadi, Washington, DC.

———————

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Prost, *Chief Judge,* Moore and Reyna, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

Entered by Order of the Court

January 15, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court