**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC. and SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,** | § § § § § | |
| Plaintiffs, | § | CASE NO. 6:10-CV-417 |
| v. | § § § | |
| **APPLE INC.,** | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is Apple's Rule 60(b) Motion for Relief from Judgment. Docket No. 1096. After Apple filed its reply brief (Docket No. 1098), it paid the judgment in full. In its surreply brief, VirnetX argues that payment precludes Apple's requested relief. *Id.* at 4–6. Apple has not had an opportunity to respond to this argument, so it is

**ORDERED** that Apple may file a supplemental brief responding to VirnetX's argument that Apple's payment precludes Apple's requested relief within **seven (7) days** of this order.

**So ORDERED and SIGNED this 16th day of April, 2020.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE