# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **VIRNETX INC. and SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,** § § § § § | |
| Plaintiffs, § | CASE NO. 6:10-CV-417 |
| § | |
| v. § | |
| § | |
| **APPLE INC.,** § § | |
| Defendant. § § | |

## ORDER

Before the Court is Apple's Unopposed Motion for Leave to File Supplemental Brief. Docket No. 1102. The motion is **GRANTED**. It is

**ORDERED** that VirnetX must file any response to Apple's Supplemental Brief within seven days.

**So ORDERED and SIGNED this 20th day of August, 2020.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE